Alexei Klestoff (SBN 224016)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Telephone: (415) 590-2340
Facsimile: (415) 636-5965
alexei@zwillgen.com

Attorney for Plaintiffs
Udemy, Inc.
Maximilian Schwarzmüller
Academind GmbH
Peter Dalmaris
Futureshock Enterprises Pty. Ltd.
Jose Marcial Portilla
Pierian Data Inc.
Harrison Colt Steele

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UDEMY, INC.; MAXIMILIAN SCHWARZMÜLLER; ACADEMIND GMBH; PETER DALMARIS; FUTURESHOCK ENTERPRISES PTY. LTD.; JOSE MARCIAL PORTILLA; PIERIAN DATA INC.; and HARRISON COLT STEELE<br><br>           Plaintiffs,<br>    v.<br>FREETUTORIALS; and JOHN DOES 1-7,<br><br>           Defendants. | Case No.<br><br>**COMPLAINT** |

Plaintiffs, Udemy, Inc. ("Udemy") and Maximilian Schwarzmüller, Academind GmbH, Peter Dalmaris, Futureshock Enterprises Pty. Ltd., Jose Marcial Portilla, Pierian Data Inc., and Harrison Colt Steele (the "Named Udemy Instructors") (collectively, "Plaintiffs"), by and through their undersigned counsel of record, for their Complaint, allege as follows:

## NATURE OF THE ACTION

1.     This copyright and trademark infringement action arises out of an international pirate content service provided to customers through www.freetutorials.eu (the "Infringing Website"). Visitors of the Infringing Website, including Internet users in the United States, use the Infringing Website to download unlicensed, unauthorized educational content.  The primary victims of this piracy are Udemy—a marketplace for learning and teaching online where instructors ("Instructors") can post educational video courses ("Courses") that customers can pay a course fee to access—and the Instructors themselves whose content is pirated and distributed without authorization.  The Named Udemy Instructors hold copyright interests in the video content ("Content") that they have posted on Udemy along with the titles ("Course Titles") and descriptions ("Course Descriptions") associated with that Content (collectively, the "Course Material").  The Named Udemy Instructors have submitted copyright applications for the Courses listed in <u>Exhibit A</u> (the "Named Courses") and thus can bring an infringement action to protect their copyright interests in the Named Courses. *See Cosmetic Ideas, Inc. v. IAC/Interactivecorp.*, 606 F.3d 612, 615 (9th Cir. 2010).

2.     Plaintiffs are the legal and beneficial owners of rights to distribute, publicly perform, use, and exploit the Courses, including the Course Material.  Among the bundle of rights afforded Plaintiffs under United States copyright law are the exclusive rights to "reproduce the copyrighted work in copies" and "perform the copyrighted work publicly."  17 U.S.C. § 106(1) & (4).  This includes the exclusive right "to transmit or otherwise communicate a performance or display of" Plaintiffs' copyrighted Course Material "to the public by means of any device or process whether the members of the public capable of receiving the performance or display receive it in the same place or in separate places and at the same time or at different times."  Id. § 101.

3.     Upon information and belief, Defendant FreeTutorials.eu, formerly available at FreeTurtorials.us, ("FreeTutorials"), and currently unidentified affiliates, agents, and co-conspirators

including John Does 1-7 (the "John Doe Defendants") (collectively, "Defendants"), acting in concert with a common purpose and scheme, have (1) copied Courses, including Course Material, from Udemy's servers in the United States and (2) set up a pirate content service that, without permission and without compensation to Plaintiffs, deliberately and blatantly offers the Course Material over the Internet to United States visitors to the Infringing Website.

4.      On or around October 10, 2018, upon information and belief, Defendants changed the domain for the Infringing Website from www.freetutorials.us to www.freetutorials.eu. As of the date of this Complaint, www.freetutorials.us automatically redirects to www.freetutorials.eu.  The Infringing Website available at www.freetutorials.eu is nearly identical to the website available at www.freetutorials.us.

5.      The Named Udemy Instructors are the legal and beneficial owners of rights to distribute, use, and exploit various registered tradenames, marks, and logos (the "Instructors' Names and Marks") and Udemy is the legal and beneficial owner of rights to distribute, use, and exploit certain registered tradenames, marks, and logos (the "Udemy Name and Marks") (collectively, the "Identified Names and Marks"). *See* Exhibit B.

6.      Upon information and belief, Defendants, acting in concert with a common purpose and scheme, exploit and reproduce the Identified Names and Marks without permission and without compensation to Plaintiffs, and through these actions pass off and misappropriate the Identified Names and Marks, causing significant consumer confusion with Plaintiffs' sponsorship, endorsement, or association with the Infringing Website as well as dilution of the Identified Names and Marks through blurring and tarnishment.

7.      Defendants have monetized the Infringing Website by selling online advertisements and, at times, by collecting monthly memberships and individual course fees.

8.      The Infringing Website accomplishes this brazen piracy by publishing an individual webpage for specific Courses ("Unauthorized Course Pages"), which reproduces verbatim the Course Title and Course Description along with a link to download an unauthorized torrent file of the Content (the "Unauthorized Torrent Files").

9.     Upon information and belief, Defendants are deeply involved in, and are directly or indirectly responsible for, (a) the capturing of the Content from Udemy's servers; (b) the posting of the Unauthorized Course Pages with unauthorized copies of the Course Material to the Infringing Website; and (c) the hosting of the Unauthorized Torrent Files that are published on the Unauthorized Course Pages.  Through these actions, Defendants directly infringe Plaintiffs' rights in copyrighted content.

10.     The Infringing Website causes Plaintiffs irreparable harm in several ways, including (a) directly competing with the authorized publication and sale of the Courses, causing lost market share and price erosion for legitimate services; (b) interfering with Plaintiffs' ability to develop a lawful market for Internet distribution of the Courses; (c) depriving Plaintiffs of their rights to control the distribution and quality of the Identified Names and Marks; (d) and disrupting Udemy's relationships with its Instructors.

11.     Defendants have built their entire business around blatant copyright and trademark infringement, shamelessly advertising the Infringing Website as a website where visitors can "Download Udemy Paid Courses for Free" and providing a mechanism through which visitors can request that Defendants create and populate an Unauthorized Course Page for a specific Udemy Course by submitting a form that includes fields for the "Name of the Course at Udemy Website" and "Course Link to Udemy Website."

12.     As a result of Defendants' unlawful conduct, Plaintiffs are entitled to damages for copyright and trademark infringement as well as permanent injunctive relief barring Defendants from (a) displaying, publicly performing, or reproducing Course Material, including the Courses; (b) displaying, exploiting, or reproducing the Identified Names and Marks; or (c) inducing, encouraging, causing, facilitating, or materially contributing to the unauthorized display, public performance, reproduction, or exploitation of Course Material or the Identified Names and Marks in the United States by others.

**THE PARTIES**

13.     Plaintiff Udemy is a corporation organized under the laws of the State of Delaware with its principal place of business in San Francisco, California. Udemy is one of the largest online learning platforms in the world.

14.     Plaintiff Jose Marcial Portilla, at all relevant times, is a resident of Morgan Hill, California.

15.     Plaintiff Pierian Data Inc., at all relevant times, is a California General Stock Corporation.

16.     Plaintiff Harrison Colt Steele, at all relevant times, is a resident of San Francisco, California.

17.     Plaintiff Maximilian Schwarzmüller, at all relevant times, is a resident of Munich, Germany and owns an Einzelunternehmen registered in Germany that does business around the world, including in the United States.

18.     Plaintiff Academind GmbH, at all relevant times, is a German limited liability company doing business around the world, including in the United States.

19.     Plaintiff Dr. Peter Dalmaris, at all relevant times, is a resident of Berowra, Australia doing business around the world, including in the United States.

20.     Plaintiff Futureshock Enterprises Pty. Ltd., at all relevant times, is an Australian Private Company.

21.     Defendant FreeTutorials is the operator of a website, www.freetutorials.eu (formerly, www.freetutorials.us), which, according to the Terms of Use posted on its website— www.freetutorials.eu/terms-of-use-1—as of the date of this filing, claims to be a "Non-Profit Organization" that operates out of "offices in the State of California."

22.     Plaintiffs are ignorant of the true names and capacities of the defendants sued here as John Does 1 through 5, and so sue these defendants by such fictitious names. Plaintiffs will amend the Complaint to allege the true names and capacities of John Does 1-5 when ascertained. Upon information and belief, Defendants John Does 1-5 are individuals or entities currently unknown to Plaintiffs that (a) are acting in concert with, or at the direction of, FreeTutorials or other Defendants

1    to violate Plaintiffs' rights; (b) capture the Content; (c) post the Unauthorized Course Pages to the

2    Infringing Website; and (d) publish Unauthorized Torrent Files on the Unauthorized Course Pages.

3    This Complaint will refer to all Defendants collectively as "FreeTutorials."

4          23.     An article published on TorrentFreak—a blog dedicated to reporting news and trends

5    related to file sharing, copyright infringement, and digital rights—quotes a spokesperson associated

6    with FreeTutorials as saying "We, [Free Tutorials], are a group of seven members assorted as a team

7    from different countries and cities. We are JN, SRZ aka SunRiseZone, Letap, Lihua Google Drive,

8    Kaya, Zinnia, Faiz MeemBazooka." Andy Maxwell, "Udemy Targets 'Pirate' Site Giving Away its

9    Paid Courses For Free, TORRENTFREAK, January 29, 2018, https://torrentfreak.com/udemy-targets-

10    pirate-site-giving-away-its-paid-courses-for-free-180129/ (accessed on September 25, 2018).

11          24.     Upon information and belief, two of the John Does are Siraj Patel and Zeeshan

12    Qureshi.

13                               **JURISDICTION AND VENUE**

14          25.     This Court has subject matter jurisdiction over Plaintiffs' claims under 28 U.S.C.

15    §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. §§ 101 *et seq.* as well as

16    Plaintiffs' claims under section 39 of the Lanham Act, 15 U.S.C. § 1121.

17          26.     Personal jurisdiction over Defendants is proper because they have each purposefully

18    directed their conduct towards, and have purposefully availed themselves of the privileges of

19    conducting business activities within, the State of California by, among other things, offering the

20    Course Material over the Internet to visitors to the Infringing Website in the State of California and

21    the Northern District of California, selling subscriptions to residents of the State of California and the

22    Northern District of California, and selling advertisements to entities based in the State of California

23    and the Northern District of California, and injuring Plaintiffs in this State and in this District.

24          27.     Venue is proper in this District under 28 U.S.C. §§ 1391(b).

25

26

27

28

**FACTUAL BACKGROUND**

**A. Udemy's Business and the Intellectual Property Rights of Udemy and The Named Udemy Instructors**

28.    Udemy is a marketplace platform for learning and teaching online where Instructors can post Courses that customers can pay a course fee to access. Instructors post Courses on an array of subjects including, but not limited to, design, marketing, academics, and languages.

29.    By agreement, Instructors, including the Named Udemy Instructors, grant Udemy a right and license to reproduce, distribute, publicly perform, offer, market and otherwise use and exploit any Courses they post to Udemy's website, mobile applications, TV applications, Application Programming Interfaces ("APIs"), or other related services (collectively, the "Services"), and sublicense their Courses to registered users of the Services ("Users").

30.    The Named Udemy Instructors each posted Courses to the Services consisting of Content, Course Titles, and Course Descriptions. The Named Udemy Instructors have submitted applications for copyright registration to the United States Copyright Office for the Courses listed in Exhibit A (the "Named Courses").  The Named Courses are only a small subset of the Courses that Udemy makes available through the Services.

31.    The Named Udemy Instructors also hold the trademark interests in the Instructors' Names and Marks and have not granted a license to Defendants to the Named Courses, their underlying Course Material, or the Instructors' Names and Marks.

32.    Udemy holds interests in the Udemy Name and Marks and has not granted to Defendants a license to the Udemy Name and Marks.

33.    Through the Services, Udemy gives Users the opportunity to enroll in Courses, obtaining a limited, non-exclusive, non-transferable license to access and view the Courses, and the underlying Course Material, and other associated content for which they have paid all required fees, solely for their personal, non-commercial, educational purposes. By agreement, enrolling in a Course does not give a User any right to reproduce, redistribute, transmit, assign, sell, broadcast, rent, share, lend, modify, adapt, edit, create derivative works of, sublicense, or otherwise transfer or use the Course, or the underlying Course Material, in any way without explicit written permission to do so.

34.     Udemy spends substantial amounts of money each year on the facilities, equipment, and labor necessary to operate the Services, distribute the Courses and the underlying Course Material, and protect Instructors and its own intellectual property. For example, Udemy partners with Link-Busters B.V. ("Link-Busters"), offering Link-Busters' anti-piracy service to Instructors, including non-Udemy Plaintiffs, to assist with removing Course Material from third party sites. Udemy also works with Link-Busters to monitor proactively pirate websites and Google's search results for pirated versions of their Course Material.

**B. Defendant FreeTutorials' Unlawful Conduct**

35.     FreeTutorials operates the Infringing Website, allowing visitors to the Infringing Website, including Internet users in the United States, the State of California, and the Northern District of California, to access unlicensed, unauthorized versions of the Courses, view unlicensed, unauthorized versions of the Course Titles and Course Descriptions, and download Unauthorized Torrent Links of the Content.

36.     Upon information and belief, FreeTutorials, acting alone or along with the John Doe Defendants, reproduces, redistributes, sells, shares, transfers, and otherwise uses the Courses, the Course Titles, and the Course Descriptions to visitors to the Infringing Website in the United States twenty-four hours a day, seven days a week, directly infringing Plaintiffs' public performance rights and reproduction rights under U.S. copyright law without compensation to Plaintiffs.

37.     Upon information and belief, FreeTutorials, acting alone or with the John Doe Defendants, copies the Course Material, including Content, from Udemy's servers in the United States.

38.     Upon information and belief, FreeTutorials, acting alone or with the John Doe Defendants, operates the Infringing Website, which publishes Unauthorized Course Pages with replicas of Udemy Courses, offering unauthorized, unlicensed near-exact copies of Course Titles and Course Descriptions as well as links to Unauthorized Torrent Files of the Content. Defendants have designed and operated the Infringing Website solely to distribute the Courses, and underlying Course Material, without authorization; there is no non-Udemy content included on the Infringing Website.

39.     FreeTutorials advertises the Infringing Website through Google search results as a website where users can "Download Udemy Paid Courses For Free" ("Google Search Result"). *See* Exhibit C.

40.     FreeTutorials explicitly invites users of the Infringing Website to "request a course" from Udemy's Services, providing a form that specifically asks for the "Name of the Course at Udemy Website" and "Course Link to Udemy Website." *See* Exhibit D. Upon information and belief, in response to such a request or as otherwise determined by Defendants, FreeTutorials, acting alone or with the John Doe Defendants posts an Unauthorized Course Page for a Course. Upon information and belief, FreeTutorials does not provide a mechanism by which visitors to the Infringing Website can post Unauthorized Course Pages on the Infringing Website. Rather, "FTU" posts all Unauthorized Course Pages.

41.     Upon information and belief, FreeTutorials, acting alone or with the John Doe Defendants, is FTU. FreeTutorials displays "FTU" as an acronym in large letters at the top of each page on the Infringing Website. Upon information and belief, there is no mechanism for visitors to the Infringing Website to post or upload content; they can only request that FTU add a specific Udemy Course and comment on posted course pages.

42.      The Infringing Website's Unauthorized Course Pages include a Course Title and Course Description copied verbatim from Udemy's Services along with links to download Unauthorized Torrent Files of the Content. Upon information and belief, FreeTutorials, acting alone or with John Doe Defendants, capture entire Courses from the Services and publish them as Unauthorized Torrent Files. Upon information and belief, the Unauthorized Torrent Files available on the Infringing Website which permit the distribution of the Content are hosted on a website with the same web domain as the Infringing Website, www.freetutorials.com.

43.     As of this filing, FreeTutorials, through the Infringing Website, is offering Unauthorized Course Pages that are reproducing, redistributing, sharing, transferring, or otherwise using the Named Courses, and their underlying Course Material.

44.     FreeTutorials has no preexisting relationship with or legitimate ownership or possessory interest in the Named Courses, including their Course Material.

45.     Currently, as of this filing, FreeTutorials, through the Infringing Website, offers Unauthorized Course Pages and Unauthorized Torrent Links that are exploiting the Instructors' Names and Marks. Upon information and belief, FreeTutorials, acting in concert with a common purpose and scheme, exploit and reproduce the Instructors' Names and Marks without permission and without compensation to Plaintiffs.

46.     Currently, as of this filing, FreeTutorials, through the Infringing Website, is exploiting the Udemy Name and Marks. Upon information and belief, FreeTutorials, acting in concert with a common purpose and scheme, exploit and reproduce the Udemy Name and Marks without permission and without compensation to Udemy.

47.     Currently, as of this filing, FreeTutorials monetizes the Infringing Website by selling advertisements on the Infringing Website. FreeTutorials partners with Google, LLC through its DoubleClick services, to offer advertisements for third-party companies, including, but not limited to, companies with a principal place of business in the State of California, like PayPal Holdings, Inc., Adobe, Inc., Alphabet Inc. (parent company of Google LLC), and the Hewlett Packard Company. *See* Exhibit E.

48.     Previously, FreeTutorials sold its visitors monthly memberships and charged visitors individual course fees to access the Courses. *See* Exhibit F.

49.     Before filing this lawsuit, Udemy sent several communications to FreeTutorials. On behalf of Udemy, the undersigned put FreeTutorials on notice of its infringement by email on December 6, 2017 and February 1, 2018. *See* Exhibit G. These notices, sent under 17 U.S.C. § 512(c)(3)(A) of the Digital Millennium Copyright Act ("DMCA"), and according to the instructions posted on the Infringing Website in its DMCA Policy, requested the removal of certain Courses on the Infringing Website.

50.     According to a blog post on TorrentFreak, a spokesperson associated with FreeTutorials admitted to willfully ignoring the DMCA Notices.

51.     FreeTutorials has, in fact, willfully ignored DMCA Notices.

52.     Moreover, on March 14, 2018, Udemy sent a cease-and-desist letter to FreeTutorials as well as the two individuals, which, upon information and belief, Plaintiffs believe to be two of the

John Doe Defendants, demanding that FreeTutorials stop infringing Udemy and its Instructors' rights in the Courses and underlying Course Material, which, in addition to being unlawful, violated the Udemy Terms of Use that the named individuals agreed to when registering for Udemy's Services. *See* Exhibit H.

53.     Despite receipt of these notices, Defendants continue to operate the Infringing Website, deliberately and blatantly offering the Courses and underlying Course Material over the Internet to United States visitors to the Infringing Website without permission and without compensation to Plaintiffs.

FreeTutorials Has Significant Contacts with the Forum

54.     FreeTutorials has purposefully directed its infringing conduct alleged above towards, and has purposefully availed itself of the privileges of conducting business activities within, the United States, the State of California, and the Northern District of California

55.     As of the date of this filing, FreeTutorials' own Terms of Use, displayed at https://www.freetutorials.eu/terms-of-use-1/, select the laws of California and the United States as the governing law and explicitly state:

> The Site is controlled and operated by Non-Profit Organization from its offices in the State of California. The domain of the website is registered in the United States and the Site is hosted in the United States. The intended audience for this site consists of individuals in the United States only. We makes [sic] no representation that any of the materials or the services to which you have been given access are available or appropriate for use in other locations. Your use of or access to the Site should not be construed as ours purposefully availing itself of the benefits or privilege of doing business in any state or jurisdiction other than California and the United States.

*See* Exhibit I.

56.     The Course Material which FreeTutorials has copied is stored on Udemy's servers within the United States and specifically within this District.

57.     FreeTutorials conducts business throughout the United States, including within the Northern District of California, through the operation of the fully interactive and commercial Infringing Website. FreeTutorials advertises, promotes, and, in the past has offered for sale and sold memberships and access to content to customers within the State of California and the Northern District of California through the fully interactive commercial Infringing Website. FreeTutorials has purposefully directed its illegal activities towards consumers in California through that advertisement, promotion, offering for sale, and sale of access to Courses into the State of California and the Northern District of California, harming Plaintiffs in this State and this District. Moreover, as of the date of this filing, FreeTutorials' own Terms of Use state that "This Site is intended for use by individuals based in the United States of America."

58.     Upon information and belief, many customers in the State of California and the Northern District of California have visited the Infringing Website, accessed a Course without authorization, and made a payment to FreeTutorials for a membership or access to a Course from FreeTutorials through the fully interactive and commercial Infringing Website.

59.     Upon information and belief, FreeTutorials has hired a third-party vendor, Cloudflare, Inc., a corporation with its principal place of business in this District to provide content delivery network services, denial-of-service mitigation, Internet security, and domain name server services.

**COUNT ONE**

**DIRECT COPYRIGHT INFRINGEMENT**

60.     Plaintiffs hereby incorporate by reference and reallege each and every allegation of Paragraphs 1 through 59 above.

61.     The Defendants, or some of them, have directly infringed and will continue to directly infringe Plaintiffs' copyrights and exclusive rights by publicly performing, reproducing, and distributing the Named Courses and underlying Course Material.

62.     The Content and Course Descriptions of the Named Courses are original audiovisual works that have been fixed in a tangible medium of expression and constitute copyrightable subject matter within the meaning of 17 U.S.C. § 102.

63.     The Named Udemy Instructors have submitted applications for copyright registration for the Named Courses.

64.     Under 17 U.S.C. § 106, Plaintiffs own the exclusive rights to reproduce the Content and Course Descriptions of the Named Courses, to distribute copies of the Content of the Named Courses to the public, to publicly perform the Content of the Named Courses, to publicly display the Content and Course Descriptions of the Named Courses, and to make derivative works based on the Content and Course Descriptions of the Named Courses. Under 17 U.S.C. § 106, Plaintiffs also own the exclusive rights to authorize others to exercise those rights.

65.     By the actions alleged above, the Defendants have directly infringed and will continue to directly infringe Plaintiffs' copyrights and exclusive rights in the Content and Course Descriptions of the Named Courses by unlawfully reproducing and distributing or authorizing others to reproduce and distribute the Content of the Named Courses in the United States, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106.

66.     By the actions alleged above, the Defendants have directly infringed and will continue to directly infringe Plaintiffs' copyrights and exclusive rights in the Content of the Named Courses by unlawfully publicly performing, or authorizing others to publicly perform the Content of the Named Courses in the United States, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106.

67.     By the actions alleged above, the Defendants have directly infringed and will continue to directly infringe Plaintiffs' copyrights and exclusive rights in the Content and Course Descriptions of the Named Courses by unlawfully publicly displaying or authorizing others to publicly display the Content of the Named Courses in the United States, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106.

68.     Defendants engaged in these acts without Plaintiffs' authorization or consent and these acts alleged above are not otherwise permissible under the Copyright Act.

69.     The Defendants committed the previously alleged acts willfully and with full knowledge of and conscious disregard for Plaintiffs' copyrights and exclusive rights in and to the Content of the Named Courses.

70.     Plaintiffs have a right to recover Defendants' profits attributable to infringement of the Content of the Named Courses and Plaintiffs' damages therefrom, or, at Plaintiffs' election, statutory damages of up to $150,000 per work under 17 U.S.C. § 504. At present, Plaintiffs have registrations for 30 works that they have identified as being infringed, entitling Plaintiffs to seek up to $4,500,000 in statutory damages.

71.     Plaintiffs are also entitled to recover from the Defendants costs and attorneys' fees under 17 U.S.C. § 505.

72.     The foregoing acts of infringement by Defendants are causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated for or measured in money damages. Plaintiffs have no adequate remedy at law. Under 17 U.S.C. § 502, Plaintiffs are entitled to preliminary and permanent injunctions prohibiting further infringements of the Copyrighted Works and their exclusive rights under the Copyright Act by Defendants.

73.     If one or more of the Defendants claims that another Defendant is responsible for the infringements described above, upon information and belief, such Defendant is subject to alter ego liability for the acts of infringement alleged herein. Upon information and belief, there is a unity of interest and ownership among Defendants such that one or more of the Defendants is an alter ego of the other Defendants. Upon information and belief, one or more of the Defendants exert domination and control over one or more of the other Defendants. Upon information and belief, one or more of the Defendants is used as a shell for one or more of the other Defendants' actions. Observance of the corporate form would lead to an inequitable result because it would sanction the Defendants' infringements of Plaintiffs' copyrights and exclusive rights in the Content of the Named Courses and other unlawful acts, and would allow another Defendant to avoid liability.

## COUNT TWO

## SECONDARY COPYRIGHT INFRINGEMENT

74.     Plaintiffs hereby incorporate by reference and reallege each and every allegation of Paragraphs 1 through 73 above.

75.     The Defendants have directly infringed and will continue to directly infringe Plaintiffs' copyrights and exclusive rights by publicly performing, reproducing, and distributing the Named Courses and underlying Course Material in the United States.

76.     Visitors of the Infringing Website have directly infringed and will continue to directly infringe Plaintiffs' copyrights exclusive rights by downloading Unauthorized Torrent Files in the United States.

77.     Each of the Defendants is secondarily liable under the Copyright Act for inducing the infringing acts committed by the other Defendants and visitors of the Infringing Website. As set forth above, the Defendants operate the Infringing Website with the object of promoting its use to infringe Courses, including but not limited to the Named Courses and underlying Course Material, thereby causing continuing infringements of Plaintiffs' copyrights and exclusive rights in the Named Courses and underlying Course Material by other Defendants and visitors of the Infringing Website. Through this purposeful conduct, Defendants knowingly and intentionally induce unauthorized public performances, reproductions, and distributions by other Defendants or by visitors of the Infringing Website in the United States of copyrighted material, including but not limited to the Named Courses, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106.

78.     Each Defendant is also secondarily liable as a contributory infringer for materially contributing to, aiding, and assisting the infringing acts committed by the other Defendants and by visitors of the Infringing Website. Each Defendant has actual and constructive knowledge of specific infringing activity carried out by the other Defendants and by visitors of the Infringing Website. Through their operation of the Infringing Website, with knowledge of specific acts of infringement, each Defendant knowingly causes, or otherwise materially contributes to unauthorized public performances, reproductions, and distributions by other Defendants and by visitors of the Infringing Website in the United States of copyrighted material, including but not limited to the Named Courses, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106.

79.     Each Defendant is additionally liable for vicarious infringement as to the infringing actions of other Defendants and visitors of the Infringing Website because, on information and belief, (a) each Defendant has the right and ability to control the infringers' acts, and (b) each Defendant

receives a direct financial benefit from the infringing activity. Each Defendant is therefore vicariously liable for unauthorized public performances, reproductions, and distributions by other Defendants and visitors of the Infringing Website in the United States of copyrighted material, including but not limited to the Named Courses, in violation of Plaintiffs' exclusive rights under 17 U.S.C. § 106. The Defendants committed the foregoing acts willfully and with full knowledge and conscious disregard of Plaintiffs' copyrights and exclusive rights in and to the Named Courses.

80.     Plaintiffs are entitled to recover from the Defendants the profits made by them from infringements of Plaintiffs' copyrights and exclusive rights in the Named Courses and Plaintiffs' damages therefrom, or, at Plaintiffs' election, statutory damages pursuant to 17 U.S.C. § 504.

81.     Plaintiffs are also entitled to recover from the Defendants costs and attorneys' fees pursuant to 17 U.S.C. § 505.

82.     The foregoing acts by the Defendants are causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated for or measured in money damages. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction prohibiting further infringements of the Named Courses and their exclusive rights under the Copyright Act by the Defendants.

83.     To the extent that one or more of the Defendants claims that another Defendant is responsible for the secondary infringements described above, upon information and belief, such Defendant is subject to alter ego liability for the acts of secondary infringement alleged herein. Upon information and belief, there is a unity of interest and ownership among the Defendants such that one or more of the Defendants is an alter ego of the other Defendants. Upon information and belief, one or more of the Defendants exert domination and control over one or more of the other Defendants. Upon information and belief, one or more of the Defendants is used as a shell for one or more of the other Defendants' actions. Observance of the corporate form would lead to an inequitable result because it would sanction the Defendants' infringements of Plaintiffs' copyrights and exclusive rights in the Content of the Named Courses and other unlawful acts, and would allow another Defendant to avoid liability.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT THREE**

**DIRECT TRADEMARK INFRINGEMENT OF THE INSTRUCTORS' NAMES AND MARKS**

84.     Plaintiffs hereby incorporate by reference and reallege each and every allegation of Paragraphs 1 through 83 above.

85.     The Named Udemy Instructors have used the Instructors' Names and Marks in commerce in connection with their Courses.

86.     Defendants have both actual and constructive knowledge of the Named Udemy Instructors' ownership of and rights in the federally registered marks.

87.     Defendants offer their Unauthorized Course Pages and Unauthorized Torrent Files under the infringing marks in the same channels of trade as those in which the Named Udemy Instructors' legitimate Courses are offered.

88.     Defendants' infringement of the Instructors' Names and Marks is likely to cause and has caused, confusion, deception, or mistake as to affiliation, connection, or association of the Unauthorized Course Pages and Unauthorized Torrent Files with the Named Udemy Instructors and constitute trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

89.     Defendants' actions constitute knowing, deliberate, and willful infringement of the Named Udemy Instructors' federally registered marks. The knowing and intentional nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. § 1117(a).

90.     Defendants' acts have caused and, unless these acts are restrained by this Court, will continue to cause, the Named Udemy Instructors to suffer irreparable injury that cannot fully be compensated for or measured in money damages.

91.     The Named Udemy Instructors have no adequate remedy at law and are entitled to a permanent injunction prohibiting further infringements of the Instructors' Names and Marks.

**COUNT FOUR**

**FALSE REPRESENTATION OF THE INSTRUCTORS' NAMES AND MARKS**

92.     Plaintiffs hereby incorporate by reference and reallege each and every allegation of Paragraphs 1 through 91 above.

93.     Defendants have deliberately and willfully attempted to trade on the Instructors' Names and Marks and hard-earned goodwill in those names and marks and the reputation established in relation to those names and marks, in order to confuse consumers as to the origin and sponsorship of Defendants' Unauthorized Course Pages and Unauthorized Torrent Files as those of the Named Udemy Instructors.

94.     Defendants' unauthorized and tortious conduct has also deprived and will continue to deprive the Named Udemy Instructors of the ability to control the consumer perception of their products and services offered under the Instructors' Names and Marks, placing the valuable reputation and goodwill of the Named Udemy Instructors in the hands of Defendants.

95.     Defendants' conduct is likely to cause confusion, mistake or deception as to the affiliation, connection or association of Defendants and their Unauthorized Course Pages and Unauthorized Torrent Files with the Named Udemy Instructors, and as to the origin, sponsorship or approval of Defendants and their Unauthorized Course Pages and Unauthorized Torrent Files, in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a)(1).

96.     Defendants' acts have caused and, unless these acts are restrained by this Court, will continue to cause, the Named Udemy Instructors to suffer irreparable injury that cannot fully be compensated for or measured in money damages.

97.     The Named Udemy Instructors have no adequate remedy at law and are entitled to a permanent injunction prohibiting further false representation of the Instructors' Names and Marks.

**COUNT FIVE**

**DILUTION OF THE INSTRUCTORS' NAMES AND MARKS**

98.     Plaintiffs hereby incorporate by reference and reallege each and every allegation of Paragraphs 1 through 97 above.

99.     The Instructors' Names and Marks are famous and distinctive and are entitled to protection against dilution by blurring or tarnishment.

100.    Defendants commenced use of the Instructors' Names and Marks in commerce after the Instructors' Names and Marks had become famous and distinctive.

101.    Defendants' use of the Instructors' Names and Marks in connection with the Unauthorized Course Pages and Unauthorized Torrent Files has lessened and will continue to lessen the capacity of the Named Udemy Instructors' famous and distinctive names and marks to distinguish their content from those of others, and has diluted the distinctive quality of the Named Udemy Instructors' famous and distinctive names and marks.

102.    Defendants' acts constitute dilution in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(c).

103.    Defendants' acts have caused and, unless these acts are restrained by this Court, will continue to cause, Udemy to suffer irreparable injury that cannot fully be compensated for or measured in money damages.

104.    The Named Udemy Instructors have no adequate remedy at law and are entitled to a permanent injunction prohibiting further dilution of the Instructors' Names and Marks.

## COUNT SIX

## DIRECT TRADEMARK INFRINGEMENT OF THE UDEMY NAME AND MARKS

105.    Plaintiffs hereby incorporate by reference and reallege each and every allegation of Paragraphs 1 through 104 above.

106.    Defendants' unauthorized use of the Udemy Name and Marks in connection with the solicitation of potential visitors through the Google Search Result constitutes use in commerce which infringes Udemy's exclusive rights in its federal-registered marks and is likely to cause, and has caused, confusion, deception, or mistake as to the source of the Infringing Website.

107.    Defendants' acts, namely, the unauthorized, willful use of the Udemy Name and Marks in the Google Search Result, constitute trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

108.    Defendants' acts have caused and, unless these acts are restrained by this Court, will continue to cause, Udemy to suffer irreparable injury that cannot fully be compensated for or measured in money damages.

1    109.    Udemy has no adequate remedy at law and is entitled to a permanent injunction

2    prohibiting further infringement of the Udemy Names and Marks.

3                                    **COUNT SEVEN**

4              **FALSE REPRESENTATION OF THE UDEMY NAME AND MARKS**

5    110.    Plaintiffs hereby incorporate by reference and reallege each and every allegation of

6    Paragraphs 1 through 109 above.

7    111.    Defendants' use of the Udemy Name and Marks in connection with the solicitation of

8    potential visitors through the Google Search Result conveys the misleading commercial impression to

9    the public that the Infringing Website and its Unauthorized Course Pages are approved by, sponsored

10   by, or are somehow affiliated or connected with Udemy.

11   112.    Defendants' acts, namely, the unauthorized, willful use of the Udemy Name and

12   Marks in the Google Search Result, constitute a false designation of origin and false description and

13   representation in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

14   113.    Defendants' acts have caused and, unless these acts are restrained by this Court, will

15   continue to cause, Udemy to suffer irreparable injury that cannot fully be compensated for or

16   measured in money damages.

17   114.    Udemy has no adequate remedy at law and is entitled to a permanent injunction

18   prohibiting further false representation of the Udemy Names and Marks.

19                                    **COUNT EIGHT**

20              **DILUTION OF THE UDEMY NAME AND MARKS**

21   115.    Plaintiffs hereby incorporate by reference and reallege each and every allegation of

22   Paragraphs 1 through 114 above.

23   116.    Defendants' use of the Udemy Name and Marks in connection with the solicitation of

24   potential visitors through the Google Search Result has lessened and will continue to lessen the

25   capacity of Udemy's famous and distinctive marks to distinguish Udemy's Courses from those of

26   others, and has diluted the distinctive qualify of Udemy's famous and distinctive marks.

27   117.    Defendants' acts constitute dilution in violation of Section 43(a) of the Lanham Act,

28   15 U.S.C. § 1125(c).

118.    Defendants' acts have caused and, unless these acts are restrained by this Court, will continue to cause, Udemy to suffer irreparable injury that cannot fully be compensated for or measured in money damages.

119.    Udemy has no adequate remedy at law and is entitled to a permanent injunction prohibiting further dilution of the Udemy Names and Marks.

## COUNT NINE

## CALIFORNIA UNFAIR COMPETITION

120.    Plaintiffs hereby incorporate by reference and reallege each and every allegation of Paragraphs 1 through 119 above.

121.    Section 17200 of the California Business & Professions Code ("Unfair Competition Law") prohibits any "unlawful, "unfair," and "fraudulent" business practice.

122.    Section 17204 allows "any person acting for the interests of itself, its members, or the general public" to prosecute a civil action for violation of the Unfair Competition Law.

123.    Defendants have violated § 17200's prohibition against engaging in an unlawful act or practice by, *inter alia*, violating Udemy's trademark rights and infringing the Instructors' copyright rights.

124.    Defendants have violated § 17200's prohibition against engaging in an unfair act or practice by deceiving Udemy's potential customers, giving the false impression that the Infringing Website and Unauthorized Course Pages are sponsored by, endorsed by, or associated with Udemy and its Instructors.

125.    Defendants have violated § 17200's prohibition against engaging in a fraudulent business act or practice by violating Udemy's trademark rights and misleading Udemy's customers into thinking that the Infringing Website and Unauthorized Course Pages are associated with Udemy and its Instructors.

126.    Defendants' deliberate use of the Udemy Names and Marks in connection with the Infringing Website is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of the Infringing Website with Udemy, or as to the origin, sponsorship, or approval of the Infringing Website and Unauthorized Course Pages.

127.    Defendants have also violated § 17200's prohibition against engaging in a fraudulent business act or practice by materially representing in its Terms of Use that the Infringing Website "is controlled and operated by Non-Profit Organization from its offices in the State of California."

128.    This conduct constitutes unfair competition under California law, and has caused, and will continue to cause, Udemy to incur damage and Defendants to be unjustly enriched.

129.    By reason of the foregoing, Udemy has been and will continue to be irreparably harmed and damaged. Udemy's remedies at law are inadequate to compensate for this harm and damage.

130.    Pursuant to California Business & Professions Code Section 17203, Udemy is entitled to (a) restitution of money acquired by means of its unfair business practices, in amounts not yet ascertained but to be ascertained at trial; (b) injunctive relief against Defendants' continuation of its unfair business practices; and (c) a declaration that Defendants' business practices are unfair within the meaning of the statute.

131.    Udemy has assumed the responsibility of enforcement of the laws and lawful claims specified herein. There is a financial burden incurred in pursuing this action which is in the public interest. Therefore, reasonable attorneys' fees are appropriate pursuant to California Code of Civil Procedure Section 1021.5.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Court grant judgment in favor of Plaintiffs and against Defendants as follows:

a.    Permanently enjoining Defendants and their officers, agents, servants, and employees and all those in active concert or participation with them, from (i) publicly performing, publicly displaying, transmitting, distributing, and/or reproducing the Courses and/or Course Material, including that of the Named Courses; (ii) inducing, encouraging, causing, facilitating, and/or materially contributing to the unauthorized public performance, public display, transmission, distribution, and/or reproduction of the Courses and/or Course Material, including that of the Named Courses by others; and (iii) distributing, selling, advertising, marketing or promoting any website, including the Infringing Website, that contains, connects to, offers for download, transmits, assists in

the transmission of, streams, hosts, provides access to, or otherwise publicly performs, directly or indirectly, through any device or process, the Courses and/or Course Material, including that of the Named Courses, without permission.

b.      Permanently enjoining Defendants and their officers, agents, servants, and employees and all those in active concert or participation with them, from: (i) using the Udemy Name and Marks for any commercial purposes, including, but not limited to, its Google Search Result, (ii) otherwise engaging in any activity constituting infringement of the Identified Names and Marks or constituting any dilution of the good will, name, or reputation of the Identified Names and Marks, or (iii) engaging in unfair competition.

c.      Awarding Plaintiffs either Plaintiffs' actual damages plus any profits made by Defendants attributable to their violations not taken into account when computing actual damages; or at Plaintiffs' election, statutory damages, in an amount to be determined at trial;

d.      Awarding Plaintiffs punitive damages to the fullest extent available under the law;

e.      Awarding Plaintiffs treble and/or enhanced damages to the fullest extent available under the law;

f.      Awarding Plaintiffs their costs of prosecuting this action, including reasonable attorneys' fees;

g.      Awarding Plaintiffs prejudgment interest at the highest legal rate allowed under law;

h.      Directing Defendants file with this Court within 30 days after the entry of final judgment a written statement, under oath, setting forth in detail the manner in which they have complied with the Judgment of the Court;

i.      Entering a permanent injunction providing that third-parties may not provide hosting, caching, or other services related to making the Infringing Website, or any substantially similar site, available to the public;

j.      Entering additional injunctive, specific performance, and/or other provisional remedies, as appropriate, and

k.      Awarding Plaintiffs such other and further relief as this Court deems just, proper and equitable.

1

2                                          Respectfully Submitted,

3
     DATED:  January, 22 2019                    **ZWILLGEN LAW LLP**
4

5                                          By:  /s/ Alexei Klestoff

6                                               Alexei Klestoff (SBN 224016)
                                                alexei@zwillgen.com
7                                               **Attorney for Plaintiffs**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# EXHIBIT A

**NAMED COURSES**

| Title of Copyrighted Work | Owner(s) of Copyrighted Work | United States Copyright Office Case # | URL of Original Work | URL of Infringing Material |
|---|---|---|---|---|
| Angular Essentials (Angular 2+ with TypeScript) | Academind GmbH | 1-7142399379 | https://www.udemy.com/angular-essentials-angular-2-angular-4-with-typescript | https://www.freetutorials.us/angular-essentials-angular-2-angular-4-with-typescript-1/ |
| AWS Serverless APIs & Apps - A Complete Introduction | Academind GmbH | 1-7142399458 | https://www.udemy.com/aws-serverless-a-complete-introduction | https://www.freetutorials.us/aws-serverless-apis-apps-a-complete-introduction-2/ |
| Microsoft Power BI - A Complete Introduction | Academind GmbH | 1-7142399556 | https://www.udemy.com/powerbi-complete-introduction | https://www.freetutorials.us/microsoft-power-bi-a-complete-introduction-2/ |
| React JS, Angular & Vue JS - Quickstart & Comparison | Academind GmbH | 1-7142399507 | https://www.udemy.com/angular-reactjs-vuejs-quickstart-comparison | https://www.freetutorials.us/react-js-vs-angular-vs-vue-js-quickstart-comparison-1/ |
| MongoDB - The Complete Developer's Guide | Academind GmbH | 1-7140036561 | https://www.udemy.com/mongodb-the-complete-developers-guide/ | https://www.freetutorials.eu/mongodb-the-complete-developers-guide/ |
| Learn Flutter & Dart to Build iOS & Android Apps | Academind GmbH | 1-7140036763 | https://www.udemy.com/learn-flutter-dart-to-build-ios-android-apps/ | https://www.freetutorials.eu/learn-flutter-dart-to-build-ios-android-apps/ |
| Learn Python by Building a Blockchain & Cryptocurrency | Academind GmbH | 1-7141760507 | https://www.udemy.com/learn-python-by-building-a-blockchain-cryptocurrency/ | https://www.freetutorials.eu/learn-python-by-building-a-blockchain-cryptocurrency/ |
| Nuxt.js - Vue.js on Steroids | Academind GmbH | 1-7141760566 | https://www.udemy.com/nuxtjs-vuejs-on-steroids/ | https://www.freetutorials.eu/nuxt-js-vue-js-on-steroids-2/ |

| Angular (Full App) with Angular Material, Angularfire & NgRx | Academind GmbH | 1-7141760724 | https://www.udemy.com/angular-full-app-with-angular-material-angularfire-ngrx/ | https://www.freetutorials.eu/angular-full-app-with-angular-material-angularfire-ngrx-2/ |
|---|---|---|---|---|
| CSS - The Complete Guide (incl. Flexbox, Grid & Sass) | Academind GmbH | 1-7141760813 | https://www.udemy.com/css-the-complete-guide-incl-flexbox-grid-sass/ | https://www.freetutorials.eu/css-the-complete-guide-incl-flexbox-grid-sass-1/ |
| React Native - The Practical Guide | Academind GmbH | 1-7141760882 | https://www.udemy.com/react-native-the-practical-guide/ | https://www.freetutorials.eu/react-native-the-practical-guide-2/ |
| React 16 - The Complete Guide (incl. React Router 4 & Redux) | Academind GmbH | 1-7141760971 | https://www.udemy.com/react-the-complete-guide-incl-redux/ | https://www.freetutorials.eu/react-16-the-complete-guide-incl-react-router-4-redux-2/ |
| Progressive Web Apps (PWA) - The Complete Guide | Academind GmbH | 1-7141761190 | https://www.udemy.com/progressive-web-app-pwa-the-complete-guide/ | https://www.freetutorials.eu/progressive-web-apps-pwa-the-complete-guide-4/ |
| Accelerated ES6 JavaScript Training | Maximilian Schwarzmüller | 1-7142499209 | https://www.udemy.com/es6-bootcamp-next-generation-javascript | https://www.freetutorials.us/accelerated-es6-javascript-training-2/ |
| Accelerated JavaScript Training | Maximilian Schwarzmüller | 1-7142400160 | https://www.udemy.com/javascript-bootcamp-2016/ | https://www.freetutorials.us/accelerated-javascript-training-2/ |
| Understanding TypeScript | Maximilian Schwarzmüller | 1-7142499278 | https://www.udemy.com/understanding-typescript/ | https://www.freetutorials.us/understanding-typescript-1/ |
| Vue JS 2 - The Complete Guide (incl. Vue Router & Vuex) | Maximilian Schwarzmüller | 1-7142399885 | https://www.udemy.com/vuejs-2-the-complete-guide/ | https://www.freetutorials.us/vue-js-2-the-complete-guide-incl-vue-router-vuex-1/ |
| Angular – Styling & Animations (for Angular 2 and Angular 4) | Maximilian Schwarzmüller | 1-7142400111 | https://www.udemy.com/angular-styling-animations-for-angular-2-and-angular-4/ | https://www.freetutorials.eu/angular-styling-animations-for-angular-2-and-angular-4-2/ |

| | | | | |
|---|---|---|---|---|
| Angular & NodeJS - The MEAN Stack Guide | Maximilian Schwarzmüller | 1-7142399594 | https://www.udemy.com/angular-2-and-nodejs-the-practical-guide/ | https://www.freetutorials.eu/angular-angular-2-or-4-nodejs-the-mean-stack-guide-4/ |
| Angular 7 (formerly Angular 2) - The Complete Guide | Maximilian Schwarzmüller | 1-7142399846 | https://www.udemy.com/the-complete-guide-to-angular-2/ | https://www.freetutorials.eu/angular-4-formerly-angular-2-the-complete-guide-24/ |
| Probability and Statistics for Business and Data Science | Jose Marcial Portilla; Pierian Data Inc. | 1-7213134214 | https://www.udemy.com/probability-and-statistics-for-business-and-data-science/ | https://www.freetutorials.eu/probability-and-statistics-for-business-and-data-science/ |
| Scala and Spark for Big Data and Machine Learning | Jose Marcial Portilla; Pierian Data Inc. | 1-7213086069 | https://www.udemy.com/scala-and-spark-for-big-data-and-machine-learning/ | https://www.freetutorials.us/scala-and-spark-for-big-data-and-machine-learning/ |
| Spark and Python for Big Data with PySpark | Jose Marcial Portilla; Pierian Data Inc. | 1-7213086126 | https://www.udemy.com/spark-and-python-for-big-data-with-pyspark/ | https://www.freetutorials.us/spark-and-python-for-big-data-with-pyspark-2/ |
| The Complete SQL Bootcamp | Jose Marcial Portilla; Pierian Data Inc. | 1-7213085809 | https://www.udemy.com/the-complete-sql-bootcamp/ | https://www.freetutorials.us/the-complete-sql-bootcamp/ |
| Tech Explorations Raspberry Pi: Full Stack | Peter Dalmaris; Futureshock Enterprises Pty. Ltd | 1-7213006956 | https://www.udemy.com/rpi-full-stack | https://www.freetutorials.us/raspberry-pi-full-stack-1/ |
| Tech Explorations™ Arduino Step by Step: Getting Started | Peter Dalmaris; Futureshock Enterprises Pty. Ltd | 1-7213006619 | https://www.udemy.com/arduino-sbs-17gs/ | https://www.freetutorials.eu/tech-explorations-arduino-step-by-step-your-complete-guide-3/ |
| JavaScript Algorithms and Data Structures Masterclass | Colt Steele | 1-7329656466 | https://www.udemy.com/js-algorithms-and-data-structures-masterclass/ | https://www.freetutorials.eu/javascript-algorithms-and-data-structures-masterclass/ |

| The Ultimate MySQL Bootcamp: Go from SQL Beginner to Expert | Colt Steele | 1-7329656503 | https://www.udemy.com/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert/ | https://www.freetutorials.us/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert-1/ |
| The Web Developer Bootcamp | Colt Steele | 1-7329656391 | https://www.udemy.com/the-web-developer-bootcamp/ | https://www.freetutorials.us/the-web-developer-bootcamp-2/ |
| The Modern Python 3 Bootcamp | Colt Steele | 1-7329656429 | https://www.udemy.com/the-modern-python3-bootcamp/ | https://www.freetutorials.eu/the-modern-python-3-bootcamp/ |

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7140036561

## Mail Certificate _____

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine                    **Application Date:**   December 13, 2018

## Correspondent _____

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Telephone:**   (202)296-3585
**Address:**   1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

Title of Work:  MongoDB - The Complete Developer's Guide

## Completion/Publication

Year of Completion:  2018
Date of 1st Publication:  September 25, 2018
Nation of 1st Publication:  Germany

## Author

- Author:  Academind GmbH
Author Created:  entire motion picture
Work made for hire:  Yes
Citizen of:  Germany
Domiciled in:  Germany

## Copyright Claimant

Copyright Claimant:  Academind GmbH
Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of copyright claim

Material excluded from this claim:  preexisting music

New material included in claim:  all other cinematographic material

## Rights and Permissions

Organization Name:  ZwillGen PLLC
Name:  Zachary Lerner
Email:  zach@zwillgen.com
Telephone:  (202)296-3585
Address:  1900 M St. NW
Suite 250
Washington, DC 20036 United States

## Certification

**Name:**  Zachary Lerner
**Date**:   December 13, 2018

**Registration #:**    *-APPLICATION-*
**Service Request #:**    1-7140036763

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**    Routine      **Application Date:**    December 13, 2018

## Correspondent

| | |
|---:|:---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)296-3585 |
| **Address:** | 1900 M St. NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

Registration Number

# *-APPLICATION-*

## Title

Title of Work:  Learn Flutter & Dart to Build iOS & Android Apps

## Completion/Publication

Year of Completion:  2016
Date of 1st Publication:  June 25, 2016
Nation of 1st Publication:  Germany

## Author

- Author:  Academind GmbH
Author Created:  entire motion picture
Work made for hire:  Yes
Citizen of:  Germany
Domiciled in:  Germany

## Copyright Claimant

Copyright Claimant:  Academind GmbH
Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of  copyright claim

Material excluded from this claim:  preexisting music

New material included in claim:  all other cinematographic material

## Rights and Permissions

Organization Name:  ZwillGen PLLC
Name:  Zachary Lerner
Email:  zach@zwillgen.com
Telephone:  (202)296-3585
Address:  1900 M St. NW
Suite 250
Washington, DC 20036 United States

## Certification

**Name:**  Zachary Lerner
**Date**:  December 13, 2018

**Registration #:**   \*-APPLICATION-\*
**Service Request #:**   1-7141760507

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Telephone:**   (202)296-3585
**Address:**   1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Learn Python by Building a Blockchain & Cryptocurrency

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 30, 2018
**Nation of 1st Publication:** Germany

## Author

- **Author:** Academind GmbH
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Germany
  **Domiciled in:** Germany

## Copyright Claimant

**Copyright Claimant:** Academind GmbH
Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com
**Telephone:** (202)296-3585
**Address:** 1900 M St. NW
Suite 250
Washington, DC 20036 United States

## Certification

        **Name:**  Zachary Lerner
        **Date**:  December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7141760566

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Telephone:**   (202)296-3585
**Address:**   1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** Nuxt.js - Vue.js on Steroids

## Completion/Publication _____

**Year of Completion:** 2018
**Date of 1st Publication:** February 05, 2018
**Nation of 1ˢᵗ Publication:** Germany

## Author _____

- **Author:** Academind GmbH
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Germany
  **Domiciled in:** Germany

## Copyright Claimant _____

**Copyright Claimant:** Academind GmbH
Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of  copyright claim _____

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions _____

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com
**Telephone:** (202)296-3585
**Address:** 1900 M St. NW
Suite 250
Washington, DC 20036 United States

## Certification

        **Name:**  Zachary Lerner

        **Date**:  December 13, 2018

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-7141760724

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**  Routine          **Application Date:**  December 13, 2018

## Correspondent

**Organization Name:**  ZwillGen PLLC
**Name:**  Zachary Lerner
**Email:**  zach@zwillgen.com
**Telephone:**  (202)296-3585
**Address:**  1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title   _____

              **Title of Work:**    Angular (Full App) with Angular Material, Angularfire & NgRx

## Completion/Publication   _____

           **Year of Completion:**    2018
        **Date of 1st Publication:**    January 22, 2018
     **Nation of 1st Publication:**    Germany

## Author   _____

                •       **Author:**    Academind GmbH
              **Author Created:**    entire motion picture
      **Work made for hire:**    Yes
                  **Citizen of:**    Germany
              **Domiciled in:**    Germany

## Copyright Claimant   _____

         **Copyright Claimant:**    Academind GmbH
                             Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of  copyright claim   _____

    **Material excluded from this claim:**    preexisting music

    **New material included in claim:**    all other cinematographic material

## Rights and Permissions   _____

        **Organization Name:**    ZwillGen PLLC
                     **Name:**    Zachary Lerner
                     **Email:**    zach@zwillgen.com
              **Telephone:**    (202)296-3585
                 **Address:**    1900 M St. NW
                            Suite 250
                            Washington, DC 20036 United States

## Certification

        **Name:**  Zachary Lerner
        **Date**:  December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7141760813

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine                    **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Telephone:**   (202)296-3585
**Address:**   1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | CSS - The Complete Guide (incl. Flexbox, Grid & Sass) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | March 19, 2018 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Academind GmbH |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | Germany |
| **Domiciled in:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Academind GmbH |
| | Tegernseer Landstraße 75, München, 81539, Germany |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)296-3585 |
| **Address:** | 1900 M St. NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

## Certification

    **Name:** Zachary Lerner
    **Date**: December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7141760882

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Telephone:**   (202)296-3585
**Address:**   1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | React Native - The Practical Guide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 04, 2017 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Academind GmbH |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | Germany |
| **Domiciled in:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Academind GmbH |
| | Tegernseer Landstraße 75, München, 81539, Germany |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)296-3585 |
| **Address:** | 1900 M St. NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

## Certification

**Name:** Zachary Lerner
**Date**:   December 13, 2018

| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-7141760971 |

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

| **Priority:** | Routine | **Application Date:** | December 13, 2018 |

## Correspondent

| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)296-3585 |
| **Address:** | 1900 M St. NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

Registration Number

# *-APPLICATION-*

## Title

|                |                                                               |
|----------------|---------------------------------------------------------------|
| Title of Work: | React 16 - The Complete Guide (incl. React Router 4 & Redux)  |

## Completion/Publication

|                          |                   |
|--------------------------|-------------------|
| Year of Completion:      | 2017              |
| Date of 1st Publication: | October 23, 2017  |
| Nation of 1st Publication: | Germany         |

## Author

|                     |                       |
|---------------------|-----------------------|
| • Author:           | Academind GmbH        |
| Author Created:     | entire motion picture |
| Work made for hire: | Yes                   |
| Citizen of:         | Germany               |
| Domiciled in:       | Germany               |

## Copyright Claimant

|                     |                                                       |
|---------------------|-------------------------------------------------------|
| Copyright Claimant: | Academind GmbH                                        |
|                     | Tegernseer Landstraße 75, München, 81539, Germany     |

## Limitation of  copyright claim

|                                    |                                   |
|------------------------------------|-----------------------------------|
| Material excluded from this claim: | preexisting music                 |
| New material included in claim:    | all other cinematographic material |

## Rights and Permissions

|                    |                               |
|--------------------|-------------------------------|
| Organization Name: | ZwillGen PLLC                 |
| Name:              | Zachary Lerner                |
| Email:             | zach@zwillgen.com             |
| Telephone:         | (202)296-3585                 |
| Address:           | 1900 M St. NW                 |
|                    | Suite 250                     |
|                    | Washington, DC 20036 United States |

## Certification

**Name:**  Zachary Lerner
**Date**:  December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7141761190

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine            **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Telephone:**   (202)296-3585
**Address:**   1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Progressive Web Apps (PWA) - The Complete Guide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 04, 2017 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Academind GmbH |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | Germany |
| **Domiciled in:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Academind GmbH |
| | Tegernseer Landstraße 75, München, 81539, Germany |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)296-3585 |
| **Address:** | 1900 M St. NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

## Certification

|          |                   |
|---------:|-------------------|
| **Name:** | Zachary Lerner    |
| **Date**: | December 13, 2018 |

**Registration #:**    *-APPLICATION-*
**Service Request #:**    1-7142399379

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**    Routine      **Application Date:**    December 13, 2018

## Correspondent

**Organization Name:**    ZwillGen PLLC
**Name:**    Zachary Lerner
**Email:**    zach@zwillgen.com
**Telephone:**    (202)296-3585
**Address:**    1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**    Angular Essentials (Angular 2+ with TypeScript)

## Completion/Publication

**Year of Completion:**    2017
**Date of 1st Publication:**    July 17, 2017
**Nation of 1st Publication:**    Germany

## Author

- **Author:**    Academind GmbH
  **Author Created:**    entire motion picture
  **Work made for hire:**    Yes
  **Citizen of:**    Germany
  **Domiciled in:**    Germany

## Copyright Claimant

**Copyright Claimant:**    Academind GmbH
Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of copyright claim

**Material excluded from this claim:**    preexisting music

**New material included in claim:**    all other cinematographic material

## Rights and Permissions

**Organization Name:**    ZwillGen PLLC
**Name:**    Zachary Lerner
**Email:**    zach@zwillgen.com
**Telephone:**    (202)296-3585
**Address:**    1900 M St. NW
Suite 250
Washington, DC 20036 United States

## Certification

    **Name:** Zachary Lerner
    **Date**: December 13, 2018

| | |
|---|---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-7142399458 |

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine              **Application Date:**   December 13, 2018

## Correspondent

| | |
|---|---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)296-3585 |
| **Address:** | 1900 M St. NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** AWS Serverless APIs & Apps – A Complete Introduction

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 19, 2017
**Nation of 1st Publication:** Germany

## Author

- **Author:** Academind GmbH
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Germany
  **Domiciled in:** Germany

## Copyright Claimant

**Copyright Claimant:** Academind GmbH
Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of  copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com
**Telephone:** (202)296-3585
**Address:** 1900 M St. NW
Suite 250

Washington, DC 20036 United States

## Certification

| | |
|---|---|
| **Name:** | Zachary Lerner |
| **Date**: | December 13, 2018 |

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-7142399507

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**  Routine          **Application Date:**  December 13, 2018

## Correspondent

**Organization Name:**  ZwillGen PLLC
**Name:**  Zachary Lerner
**Email:**  zach@zwillgen.com
**Telephone:**  (202)296-3585
**Address:**  1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**   React JS, Angular & Vue JS - Quickstart & Comparison

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   May 08, 2017
**Nation of 1st Publication:**   Germany

## Author

- **Author:**   Academind GmbH
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Citizen of:**   Germany
  **Domiciled in:**   Germany

## Copyright Claimant

**Copyright Claimant:**   Academind GmbH
Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of  copyright claim

**Material excluded from this claim:**   preexisting music

**New material included in claim:**   all other cinematographic material

## Rights and Permissions

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Telephone:**   (202)296-3585
**Address:**   1900 M St. NW
Suite 250
Washington, DC 20036 United States

## Certification

**Name:**  Zachary Lerner
**Date**:  December 13, 2018

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-7142399556

## Mail Certificate _____

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**  Routine          **Application Date:**  December 13, 2018

## Correspondent _____

**Organization Name:**  ZwillGen PLLC
**Name:**  Zachary Lerner
**Email:**  zach@zwillgen.com
**Telephone:**  (202)296-3585
**Address:**  1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**  Microsoft Power BI - A Complete Introducntio

## Completion/Publication

**Year of Completion:**  2017
**Date of 1st Publication:**  May 08, 2017
**Nation of 1st Publication:**  Germany

## Author

- **Author:**  Academind GmbH
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Citizen of:**  Germany
  **Domiciled in:**  Germany

## Copyright Claimant

**Copyright Claimant:**  Academind GmbH
Tegernseer Landstraße 75, München, 81539, Germany

## Limitation of copyright claim

**Material excluded from this claim:**  preexisting music

**New material included in claim:**  all other cinematographic material

## Rights and Permissions

**Organization Name:**  ZwillGen PLLC
**Name:**  Zachary Lerner
**Email:**  zach@zwillgen.com
**Telephone:**  (202)296-3585
**Address:**  1900 M St. NW
Suite 250
Washington, DC 20036 United States

## Certification

          **Name:**  Zachary Lerner
           **Date**:  December 13, 2018

| | |
|---|---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-7142399594 |

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

| | | | |
|---|---|---|---|
| **Priority:** | Routine | **Application Date:** | December 13, 2018 |

## Correspondent

| | |
|---|---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Address:** | 1900 M Street NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

Registration Number
# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Angular & NodeJS - The MEAN Stack Guide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | April 01, 2016 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Maximilian Schwarzmüller |
| **Author Created:** | entire motion picture |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maximilian Schwarzmüller |
| | Göttnerstraße 8, Isen, 84424, Germany |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)706-5230 |
| **Address:** | 1900 M Street NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

## Certification

**Name:**  Zachary Lerner
**Date**:   December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7142399846

## Mail Certificate

Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine        **Application Date:**   December 13, 2018

## Correspondent

**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Telephone:**   (202)296-3585
**Address:**   1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Angular 7 (formerly Angular 2) - The Complete Guide

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 24, 2016
**Nation of 1st Publication:** Germany

## Author

- **Author:** Maximilian Schwarzmüller
  **Author Created:** entire motion picture
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Maximilian Schwarzmüller
Göttnerstraße 8, Isen, 84424, Germany

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com
**Telephone:** (202)706-5230
**Address:** 1900 M Street NW
Suite 250
Washington, DC 20036 United States

## Certification

**Name:**  Zachary Lerner
**Date**:  December 13, 2018

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-7142399885

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M St. NW
Suite 250
Washington, DC 20036 United States

**Priority:**  Routine          **Application Date:**  December 13, 2018

## Correspondent

**Organization Name:**  ZwillGen PLLC
**Name:**  Zachary Lerner
**Email:**  zach@zwillgen.com
**Telephone:**  (202)296-3585
**Address:**  1900 M St. NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Vue JS 2 - The Complete Guide (incl. Vue Router & Vuex) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 01, 2016 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Maximilian Schwarzmüller |
| **Author Created:** | entire motion picture |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Maximilian Schwarzmüller |
| | Göttnerstraße 8, Isen, 84424, Germany |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)296-3585 |
| **Address:** | 1900 M St. NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

## Certification

**Name:**  Zachary Lerner
**Date**:  December 13, 2018

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-7142400111

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**  Routine          **Application Date:**  December 13, 2018

## Correspondent

**Organization Name:**  ZwillGen PLLC
**Name:**  Zachary Lerner
**Email:**  zach@zwillgen.com
**Address:**  1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Angular – Styling & Animations (for Angular 2 and Angular 4)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 27, 2017
**Nation of 1st Publication:** Germany

## Author

- **Author:** Maximilian Schwarzmüller
  **Author Created:** entire motion picture
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Maximilian Schwarzmüller
Göttnerstraße 8, Isen, 84424, Germany

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com
**Telephone:** (202)706-5230
**Address:** 1900 M Street NW
Suite 250
Washington, DC 20036 United States

## Certification

                             **Name:**  Zachary Lerner
                             **Date**:  December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7142400160

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine                    **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**    Accelerated JavaScript Training

## Completion/Publication

**Year of Completion:**    2016
**Date of 1st Publication:**    July 16, 2016
**Nation of 1st Publication:**    Germany

## Author

- **Author:**    Maximilian Schwarzmüller
  **Author Created:**    entire motion picture
  **Citizen of:**    Germany

## Copyright Claimant

**Copyright Claimant:**    Maximilian Schwarzmüller
Göttnerstraße 8, Isen, 84424, Germany

## Limitation of  copyright claim

**Material excluded from this claim:**    preexisting music

**New material included in claim:**    all other cinematographic material

## Rights and Permissions

**Organization Name:**    ZwillGen PLLC
**Name:**    Zachary Lerner
**Email:**    zach@zwillgen.com
**Telephone:**    (202)706-5230
**Address:**    1900 M Street NW
Suite 250
Washington, DC 20036 United States

## Certification

        **Name:**  Zachary Lerner

        **Date**:  December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7142499209

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

|  |  |
|---|---|
| **Title of Work:** | Accelerated ES6 JavaScript Training |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | July 16, 2016 |
| **Nation of 1ˢᵗ Publication:** | Germany |

## Author

|  |  |
|---|---|
| • **Author:** | Maximilian Schwarzmüller |
| **Author Created:** | entire motion picture |
| **Citizen of:** | Germany |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Maximilian Schwarzmüller |
| | Göttnerstraße 8, Isen, 84424, Germany |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | ZwillGen PLLC |
| **Name:** | Zachary Lerner |
| **Email:** | zach@zwillgen.com |
| **Telephone:** | (202)706-5230 |
| **Address:** | 1900 M Street NW |
| | Suite 250 |
| | Washington, DC 20036 United States |

## Certification

          **Name:**  Zachary Lerner

            **Date**:  December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7142499278

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**     Understanding TypeScript

## Completion/Publication

**Year of Completion:**     2016
**Date of 1st Publication:**     September 01, 2016
**Nation of 1st Publication:**     Germany

## Author

- **Author:**     Maximilian Schwarzmüller
  **Author Created:**     entire motion picture
  **Citizen of:**     Germany

## Copyright Claimant

**Copyright Claimant:**     Maximilian Schwarzmüller
Göttnerstraße 8, Isen, 84424, Germany

## Limitation of  copyright claim

**Material excluded from this claim:**     preexisting music

**New material included in claim:**     all other cinematographic material

## Rights and Permissions

**Organization Name:**     ZwillGen PLLC
**Name:**     Zachary Lerner
**Email:**     zach@zwillgen.com
**Telephone:**     (202)706-5230
**Address:**     1900 M Street NW
Suite 250
Washington, DC 20036 United States

## Certification

**Name:**  Zachary Lerner
**Date**:  December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7213006619

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine       **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
          Suite 250
          Washington, DC 20036 United States

Registration Number
# *-APPLICATION-*

## Title _____

Title of Work:   Tech Explorations™ Arduino Step by Step: Getting Started

## Completion/Publication _____

Year of Completion:   2017
Date of 1st Publication:   January 01, 2017
Nation of 1st Publication:   United States

## Author _____

- **Author:**   Peter Dalmaris
  **Author Created:**   entire motion picture
  **Citizen of:**   Australia
  **Domiciled in:**   Australia

## Copyright Claimant _____

Copyright Claimant:   Peter Dalmaris
PO Box 22, Berowra, 2081 NSW, Australia

## Rights and Permissions _____

Organization Name:   ZwillGen PLLC
Name:   Zachary Lerner
Email:   zach@zwillgen.com
Address:   1900 M Street NW
Suite 250
Washington, DC 20036 United States

## Certification _____

Name:   Zachary Lerner

**Date**:   December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7213006956

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine                    **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**  Tech Explorations™ Raspberry Pi: Full Stack Minibian

## Completion/Publication

**Year of Completion:**  2015
**Date of 1st Publication:**  January 01, 2015
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Peter Dalmaris
  **Author Created:**  entire motion picture
  **Citizen of:**  Australia
  **Domiciled in:**  Australia

## Copyright Claimant

**Copyright Claimant:**  Peter Dalmaris
PO Box 22, Berowra, 2081 NSW, Australia

## Rights and Permissions

**Organization Name:**  ZwillGen PLLC
**Name:**  Zachary Lerner
**Email:**  zach@zwillgen.com
**Address:**  1900 M Street NW
Suite 250
Washington, DC 20036 United States

## Certification

**Name:**  Zachary Lerner

**Date**:   December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7213085809

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   December 13, 2018

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

Title of Work: The Complete SQL Bootcamp

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: April 05, 2016
Nation of 1st Publication: United States

## Author

- Author: Jose Portilla
Author Created: entire motion picture
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Jose Portlla
370 E. Harmon Avenue, Las Vegas, NV, 89169, United States

## Rights and Permissions

Organization Name: ZwillGen PLLC
Name: Zachary Lerner
Email: zach@zwillgen.com

## Certification

Name: Zachary Lerner
Date: December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7213086069

## Mail Certificate

Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   December 13, 2018

## Correspondent

**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**   Scala and Spark for Big Data and Machine Learning

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   November 14, 2016
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Jose Portilla
  **Author Created:**   entire motion picture
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Jose Portlla
370 E. Harmon Avenue, Las Vegas, NV, 89169, United States

## Rights and Permissions

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com

## Certification

**Name:**   Zachary Lerner
**Date**:   December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7213086126

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine               **Application Date:**   December 13, 2018

## Correspondent

**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**   Spark and Python for Big Data with PySpark

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   May 04, 2017
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Jose Portilla
  **Author Created:**   entire motion picture
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Jose Portlla
370 E. Harmon Avenue, Las Vegas, NV, 89169, United States

## Rights and Permissions

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com

## Certification

**Name:**   Zachary Lerner
**Date:**   December 13, 2018

**Registration #:**   \*-APPLICATION-\*
**Service Request #:**   1-7213134214

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW
Suite 250
Washington, DC 20036 United States

**Priority:**   Routine            **Application Date:**   December 13, 2018

## Correspondent

**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW
Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Probability and Statistics for Business and Data Science

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 09, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Jose Portilla
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jose Portlla
370 E. Harmon Avenue, Las Vegas, NV, 89169, United States

## Rights and Permissions

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com

## Certification

**Name:** Zachary Lerner
**Date:** December 13, 2018

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7329656391

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW, Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   January 16, 2019

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW, Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** The Web Developer Bootcamp

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Harrison Colton Steele
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Harrison Colton Steele
8 10th Street, #2901, San Francisco, CA, 94103

## Limitation of copyright claim

**Material excluded from this claim:** preexisting photograph(s)

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com
**Address:** 1900 M Street NW, Suite 250
Washington, DC 20036 United States

## Certification

**Name:**  Zachary Lerner
**Date**:  January 16, 2019

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7329656429

## Mail Certificate _____

ZwillGen PLLC
Zachary Lerner
1900 M Street NW, Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   January 16, 2019

## Correspondent _____

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW, Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** The Modern Python 3 Bootcamp

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 30, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Harrison Colton Steele
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Harrison Colton Steele
8 10th Street, #2901, San Francisco, CA, 94103

## Limitation of copyright claim

**Material excluded from this claim:** preexisting photograph(s)

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com
**Address:** 1900 M Street NW, Suite 250
Washington, DC 20036 United States

## Certification

**Name:**   Zachary Lerner
**Date**:   January 16, 2019

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7329656466

## Mail Certificate

ZwillGen PLLC
Zachary Lerner
1900 M Street NW, Suite 250
Washington, DC 20036 United States

**Priority:**  Routine                    **Application Date:**  January 16, 2019

## Correspondent

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW, Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** JavaScript Algorithms and Data Structures Masterclass

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 13, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Harrison Colton Steele
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Harrison Colton Steele
8 10th Street, #2901, San Francisco, CA, 94103

## Limitation of  copyright claim

**Material excluded from this claim:** preexisting photograph(s)

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** ZwillGen PLLC
**Name:** Zachary Lerner
**Email:** zach@zwillgen.com
**Address:** 1900 M Street NW, Suite 250
Washington, DC 20036 United States

## Certification

**Name:**   Zachary Lerner
**Date**:   January 16, 2019

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-7329656503

## Mail Certificate _____

ZwillGen PLLC
Zachary Lerner
1900 M Street NW, Suite 250
Washington, DC 20036 United States

**Priority:**   Routine          **Application Date:**   January 16, 2019

## Correspondent _____

**Organization Name:**   ZwillGen PLLC
**Name:**   Zachary Lerner
**Email:**   zach@zwillgen.com
**Address:**   1900 M Street NW, Suite 250
Washington, DC 20036 United States

Registration Number

# *-APPLICATION-*

## Title _____

Title of Work:  The Ultimate MySQL Bootcamp: Go from SQL Beginner to Expert

## Completion/Publication _____

Year of Completion:  2017
Date of 1st Publication:  May 15, 2017
Nation of 1st Publication:  United States

## Author _____

- **Author:**  Harrison Colton Steele
  **Author Created:**  entire motion picture
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant _____

Copyright Claimant:  Harrison Colton Steele
8 10th Street, #2901, San Francisco, CA, 94103

## Limitation of  copyright claim _____

Material excluded from this claim:  preexisting photograph(s)

New material included in claim:  all other cinematographic material

## Rights and Permissions _____

Organization Name:  ZwillGen PLLC
Name:  Zachary Lerner
Email:  zach@zwillgen.com
Address:  1900 M Street NW, Suite 250
Washington, DC 20036 United States

## Certification _____

**Name:**   Zachary Lerner
**Date**:   January 16, 2019

# EXHIBIT B

**IDENTIFIED NAMED AND MARKS**

| Owner of the Mark | Description of the Mark | Serial # | The Mark |
|---|---|---|---|
| Udemy, Inc. | Trademark for Udemy consisting of stylized "U" to the left of the word "Udemy" | 87468026 |  |
| Udemy, Inc. | Service mark for Udemy consisting of stylized "U" to the left of the word "Udemy" | 87468024 |  |
| Udemy, Inc. | Service mark for Udemy consisting of stylized "U" to the left of the word "Udemy" | 87467978 |  |
| Udemy, Inc. | Service mark for Udemy consisting of stylized "U" to the left of the word "Udemy" | 87467977 |  |
| Udemy, Inc. | Service mark for Udemy consisting of stylized "U" | 87468262 |  |

| Udemy, Inc. | Trademark for Udemy consisting of stylized "U" | 87468043 | |
| --- | --- | --- | --- |
| Udemy, Inc. | Service mark for Udemy consisting of stylized "U" | 87468039 | |
| Udemy, Inc. | Service mark for Udemy consisting of stylized "U" | 87468035 | |
| Udemy, Inc. | Service mark for Udemy consisting of stylized "U" | 87468033 | |
| Udemy, Inc. | Service mark for Udemy consisting of stylized "U" to the left of the word "Udemy" | 87468020 | |

| | | | |
|---|---|---|---|
| Udemy, Inc. | Character mark for "Udemy" | 85536972 | UDEMY |
| Futureshock Enterprises Pty. Ltd. | Service mark for "Tech Explorations" | 86965608 | Tech Explorations |
| Academind GmbH | Service mark for "Academind" | 79245679 | Academind |
| Academind GmbH | Trademark for "Academind" | 79246166 | ACADE MIND |

# EXHIBIT C

**GOOGLE SEARCH RESULT**



# EXHIBIT D

INVITATION TO REQUEST UDEMY COURSE



# EXHIBIT E

## ADVERTISEMENTS FOR THIRD-PARTY COMPANIES











# EXHIBIT F

**MONTHLY MEMBERSHPS AND INDIVIDUAL COURSE FEES**







- More complex data structures like tuples or dictionaries
- A closer look at built-in functions and the standard library Python ships with
- String manipulation
- How to work with files
- Error handling
- Debugging
- Object-oriented programming with classes and inheritance
- Internal & external modules (packages)
- How to spin up an Http server with the Flask package
- Handling Http requests (sending & receiving)
- And more!

**What are the course prerequisites?**

- NO prior programming knowledge is required
- Very basic knowledge about how a computer works will help you though (but can also be built up whilst you're going through the course)

**Is this course for you?**

*It's for you if ...*

- You want to get into programming => Python is a great "first language" since it's easy to learn and very versatile
- You want to broaden your horizon => Are you a web developer? Want to learn something new? Here you go!
- You're interested in Python for web development => This course will teach you Python in general but there are two modules where we'll also dive into web development a bit
- You're interested in the Blockchain technology => You'll learn the core concepts of it as a side-effect of this course!
- You know Python but want to practice it => The course project is challenging and taken from real-life – there probably is no better practice

**Does that sound good to you? I'd be honoured to welcome you in this course!** 🙂

Who is the target audience?

- Anyone interested in learning Python and building a real project with it
- Anyone who's interested in learning about the core internals of a blockchain
- Beginner developers who want to dive into one of the most trending and popular programming languages

**Size: 9.11 GB**

$2.00 – Purchase

Monthly Membership. Download All Courses from Website.

$10.00 – (10 Downloads Per Day For 1 Month)

$5.00 – (5 Downloads Per Day For 1 Month)

# EXHIBIT G



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

December 6, 2017

*Via email*

Owner/Operator
Free Tutorials
freetutorials.us@gmail.com

      Re:     DMCA NOTICE: Unauthorized Use of Udemy Course Content on freetutorials.us

To Whom It May Concern:

      I am counsel to Udemy, Inc. ("Udemy") as well as a number of its individual and corporate instructors, Maximilian Schwazmüeller, Academind GmbH, Peter Dalmaris, Futureshock Enterprises Pty. Ltd., Jose Marcial Portilla, and Pierian Data Inc. ("Udemy Instructors").

      Pursuant to 17 U.S.C. §512(c)(3)(A) of the Digital Millennium Copyright Act ("DMCA"), this communication serves as a notice of infringement and request for removal of certain web content available on freetutorials.us. Because freetutorials.us neither has a registered DMCA Agent nor provides a physical address on its website, this letter is being sent to freetutorials.us@gmail.com, as requested in your DMCA Policy.

      Udemy and the Udemy Instructors are the exclusive copyright owners of content, including the content identified in Exhibit A, attached hereto. I have a good faith belief that the material located on and/or being distributed from freetutorial.us is infringing Udemy and/or the Udemy Instructors' exclusive rights as the copyright holder of these works, among others. Furthermore, I have a good faith belief that the use of this material is not authorized by the copyright owner, its agent, or applicable law. URL(s) identifying the location of the infringing material are included in Exhibit A.

      I hereby request that you remove or disable access to the material listed in Exhibit A in as expedient a fashion as possible. This communication does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained.

      I certify, under penalty of perjury, that the information contained in this notification is accurate, and that I am an agent authorized to act on behalf of Udemy and the Udemy Instructors. I may be contacted at: 1900 M St. NW, Suite 250, Washington, D.C. 20036., 202-706-5230, or by email at zach@zwillgen.com. Thank you.

           Sincerely,

           Zach Lerner

Encl.



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

## EXHIBIT A

| Title of Copyrighted Work | Owner(s) of Copyrighted Work | URL of Original Work | URL of Infringing Material |
|---|---|---|---|
| Tech Explorations Raspberry Pi: Full Stack | Peter Dalmaris; Futureshock Enterprises Pty. Ltd.; Udemy | https://www.udemy.com/rpi-full-stack | https://www.freetutorials.us/raspberry-pi-full-stack-1/ |
| Angular Essentials (Angular 2+ with TypeScript) | Academind GmbH; Udemy | https://www.udemy.com/angular-essentials-angular-2-angular-4-with-typescript | https://www.freetutorials.us/angular-essentials-angular-2-angular-4-with-typescript-1/ |
| AWS Serverless APIs & Apps - A Complete Introduction | Academind GmbH; Udemy | https://www.udemy.com/aws-serverless-a-complete-introduction | https://www.freetutorials.us/aws-serverless-apis-apps-a-complete-introduction-2/ |
| Microsoft Power BI - A Complete Introduction | Academind GmbH; Udemy | https://www.udemy.com/powerbi-complete-introduction | https://www.freetutorials.us/microsoft-power-bi-a-complete-introduction-2/ |
| React JS, Angular & Vue JS - Quickstart & Comparison | Academind GmbH; Udemy | https://www.udemy.com/angular-reactjs-vuejs-quickstart-comparison | https://www.freetutorials.us/react-js-vs-angular-vs-vue-js-quickstart-comparison-1/ |
| Accelerated ES6 JavaScript Training | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/es6-bootcamp-next-generation-javascript | https://www.freetutorials.us/accelerated-es6-javascript-training-2/ |
| Accelerated JavaScript Training | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/javascript-bootcamp-2016/ | https://www.freetutorials.us/accelerated-javascript-training-2/ |
| Ionic 2/ Ionic 3 - Build iOS & Android Apps with Angular | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/ionic-2-the-practical-guide-to-building-ios-android-apps/ | https://www.freetutorials.us/ionic-2-ionic-3-practical-guide-to-ios-android-apps-2/ |

| Understanding TypeScript | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/understanding-typescript/ | https://www.freetutorials.us/understanding-typescript-1/ |
|---|---|---|---|
| Vue JS 2 - The Complete Guide (incl. Vue Router & Vuex) | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/vuejs-2-the-complete-guide/ | https://www.freetutorials.us/vue-js-2-the-complete-guide-incl-vue-router-vuex-1/ |
| Complete Guide to TensorFlow for Deep Learning with Python | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/complete-guide-to-tensorflow-for-deep-learning-with-python/ | https://www.freetutorials.us/complete-guide-to-tensorflow-for-deep-learning-with-python |
| Complete Python Bootcamp: Go from zero to hero in Python | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/complete-python-bootcamp | https://www.freetutorials.us/complete-python-bootcamp-go-from-zero-to-hero-in-python-1/ |
| Data Science and Machine Learning Bootcamp with R | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/data-science-and-machine-learning-bootcamp-with-r/ | https://www.freetutorials.us/data-science-and-machine-l earning-bootcamp-with-r-1/ |
| Learning Python for Data Analysis and Visualization | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/learning-python-for-data-analysis-and-visualization | https://www.freetutorials.us/learning-python-for-data-analysis-and-visualization-1/ |
| Python and Django Full Stack Web Developer Bootcamp | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/python-and-django-full-stack-web-developer-bootcamp/ | https://www.freetutorials.us/python-and-django-full-stack-web-developer-bootcamp-1/ |
| Python for Data Science and Machine Learning Bootcamp | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/python-for-data-science-and-machine-learning-bootcamp | https://www.freetutorials.us/python-for-data-science-and-machine-learning-bootcamp-4/ |
| Python for Data Structures, Algorithms, and Interviews! | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/python-for-data-structures-algorithms-and-interviews/ | https://www.freetutorials.us/python-for-data-structures-algorithms-and-interviews/ |

| Python for Financial Analysis and Algorithmic Trading | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/python-for-finance-and-trading-algorithms | https://www.freetutorials.us/python-for-financial-analysis-and-algorithmic-trading-1/ |
|---|---|---|---|
| Scala and Spark for Big Data and Machine Learning | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/scala-and-spark-for-big-data-and-machine-learning/ | https://www.freetutorials.us/scala-and-spark-for-big-data-and-machine-learning/ |
| Spark and Python for Big Data with PySpark | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/spark-and-python-for-big-data-with-pyspark/ | https://www.freetutorials.us/spark-and-python-for-big-data-with-pyspark-2/ |
| The Complete SQL Bootcamp | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/the-complete-sql-bootcamp/ | https://www.freetutorials.us/the-complete-sql-bootcamp/ |
| Zero to Deep Learning with Python and Keras | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/zero-to-deep-learning | https://www.freetutorials.us/zero-to-deep-learning-with-python-and-keras/ |
| The Advanced Web Developer Bootcamp | Colt Steele; Udemy | https://www.udemy.com/the-advanced-web-developer-bootcamp | https://www.freetutorials.us/the-advanced-web-developer-bootcamp/ |
| The Ultimate MySQL Bootcamp: Go from SQL Beginner to Expert | Colt Steele; Udemy | https://www.udemy.com/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert/ | https://www.freetutorials.us/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert-1/ |
| The Web Developer Bootcamp | Colt Steele; Udemy | https://www.udemy.com/the-web-developer-bootcamp/ | https://www.freetutorials.us/the-web-developer-bootcamp-2/ |



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

February 1, 2018

*Via email*

Owner/Operator
Free Tutorials
freetutorials.us@gmail.com

      Re:      DMCA NOTICE: Unauthorized Use of Udemy Course Content on freetutorials.us

To Whom It May Concern:

      I am counsel to Udemy, Inc. ("Udemy") as well as a number of its individual and corporate instructors, Maximilian Schwazmüeller, Peter Dalmaris, Futureshock Enterprises Pty. Ltd., and Harrison Colt Steele ("Udemy Instructors").

      Pursuant to 17 U.S.C. §512(c)(3)(A) of the Digital Millennium Copyright Act ("DMCA"), this communication serves as a notice of infringement and request for removal of certain web content available on freetutorials.us. Because freetutorials.us neither has a registered DMCA Agent nor provides a physical address on its website, this letter is being sent to freetutorials.us@gmail.com, as requested in your DMCA Policy.

      Udemy and the Udemy Instructors are the exclusive copyright owners of content, including the content identified in Exhibit A, attached hereto. I have a good faith belief that the material located on and/or being distributed from freetutorial.us is infringing Udemy and/or the Udemy Instructors' exclusive rights as the copyright holder of these works, among others. Furthermore, I have a good faith belief that the use of this material is not authorized by the copyright owner, its agent, or applicable law. URL(s) identifying the location of the infringing material are included in Exhibit A.

      I hereby request that you remove or disable access to the material listed in Exhibit A in as expedient a fashion as possible. This communication does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained.

      I certify, under penalty of perjury, that the information contained in this notification is accurate, and that I am an agent authorized to act on behalf of Udemy and the Udemy Instructors. I may be contacted at: 1900 M St. NW, Suite 250, Washington, D.C. 20036., 202-706-5230, or by email at zach@zwillgen.com. Thank you.

                  Sincerely,

                  Zach Lerner

Encl.



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

## EXHIBIT A

| Title of Copyrighted Work | Owner(s) of Copyrighted Work | URL of Original Work | URL of Infringing Material |
|---|---|---|---|
| Tech Explorations™ Arduino Step by Step Your complete guide | Peter Dalmaris; Futureshock Enterprises Pty. Ltd.; Udemy | https://www.udemy.com/arduino-sbs/ | https://www.freetutorials.us/tech-explorations-arduino-step-by-step-your-complete-guide/ |
| Angular 5 (formerly Angular 2) - The Complete Guide | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/the-complete-guide-to-angular-2/ | https://www.freetutorials.us/angular-4-formerly-angular-2-the-complete-guide-2-23/ |
| React Native - The Practical Guide | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/react-native-the-practical-guide/ | https://www.freetutorials.us/react-native-the-practical-guide/ |
| React 16 - The Complete Guide (incl. React Router 4 & Redux) | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/react-the-complete-guide-incl-redux/ | https://www.freetutorials.us/react-16-the-complete-guide-incl-react-router-4-redux/ |
| U Progressive Web Apps (PWA) - The Complete Guide | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/progressive-web-app-pwa-the-complete-guide/ | https://www.freetutorials.us/progressive-web-apps-pwa-the-complete-guide-1/ |
| Angular Styling & Animations (for Angular 2+) | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/angular-styling-animations-for-angular-2-and-angular-4/ | https://www.freetutorials.us/angular-styling-animations-for-angular-2-and-angular-4-2/ |
| Angular (Angular 2+) & NodeJS - The MEAN Stack Guide | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/angular-2-and-nodejs-the-practical-guide/ | https://www.freetutorials.us/angular-angular-2-or-4-nodejs-the-mean-stack-guide-2/ |

| The Ultimate MySQL Bootcamp: Go from SQL Beginner to Expert | Harrison Colt Steele; Udemy | https://www.udemy.com/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert/ | https://www.freetutorials.us/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert-1/ |
|---|---|---|---|
| The Advanced Web Developer Bootcamp | Harrison Colt Steele; Udemy | https://www.udemy.com/the-advanced-web-developer-bootcamp/ | https://www.freetutorials.us/the-advanced-web-developer-bootcamp/ |
| The Web Developer Bootcamp | Harrison Colt Steele; Udemy | https://www.udemy.com/the-web-developer-bootcamp/ | https://www.freetutorials.us/the-web-developer-bootcamp-2/ |

# EXHIBIT H



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

March 14, 2018

*Via FedEx and email*

Siraj Patel
Free Tutorials
24 Waterfield Road
Bandra, Mumbai, Maharashtra, 400050, India
+91.9167688444
freetutorials.us@gmail.com
siraj.t.patel@gmail.com

Zeeshan Qureshi
followthezone@gmail.com

Re:     Cease and Desist Infringement of Udemy Content

Dear Mr. Patel and Mr. Qureshi,

    I am counsel to Udemy, Inc. ("Udemy") and number of its individual and corporate instructors, Maximilian Schwazmüeller, Academind GmbH, Peter Dalmaris, Futureshock Enterprises Pty. Ltd., Jose Marcial Portilla, and Pierian Data Inc. ("Udemy Instructors"). You are receiving this letter because you operate www.freetutorials.us ("Free Tutorials"), a website that offers Udemy and/or Udemy Instructors' content without authorization in violation of United States and other international copyright laws as well as Udemy's Terms of Use. My colleague, Zach Lerner (zach@zwillgen.com), put you on notice of this infringement via email on December 6, 2017 and February 1, 2018 (attached as exhibits).

    Free Tutorials blatantly and willfully violates Udemy and its Instructors' copyright interests by distributing unauthorized copies of Udemy and its Instructors' content.[1] Free Tutorials also copies Udemy's and its Instructors' course descriptions without authorization and makes them available on Google Drive, through torrent links, and other services. You have repeatedly ignored DMCA notices from Udemy and instructors, and publicly admitted to doing so. *See* "Udemy Targets 'Pirate' Site Giving Away its Paid Courses for Free, TorrentFreak.com (January 29, 2018).[2]

    Your distribution of this content prevents Instructors from receiving compensation for their substantial efforts in creating these courses. As a result, your infringing behavior has already subjected Udemy and its Instructors to damages. These damages will continue to accumulate if your infringing

---

[1] We also have reason to believe that you also operate freeudemy.me, a website that, in addition to clearly violating Udemy's trademarks, previously distributed unauthorized copies of Udemy and its Instructors' content in violation of copyright laws, and currently redirects to www.freetutorials.us.
[2] https://torrentfreak.com/udemy-targets-pirate-site-giving-away-its-paid-courses-for-free-180129/

activities endure. Moreover, you have profited from Free Tutorials' copyright infringement through compensation from advertisements displayed on your website.

In addition to your blatant copyright infringement, your actions clearly violate those provisions of Udemy's Terms of Use (https://www.udemy.com/terms/), which you agreed to when registering for Udemy's services.  Those terms provide that:

> All of Your use, access and other activities relating to the Services must be in compliance with all applicable laws and regulations, including, without limitations, laws relating to copyright and other intellectual property use, and to privacy and personal identity.

> You may only access the Services for lawful purposes.

> You will not copy, modify, reverse engineer, reproduce, distribute, publicly display, publicly perform, communicate to the public, create derivative works from, deface, tarnish, mutilate, hack, interfere with, or otherwise use and exploit any Company Content, the Services or Courses or Submitted Content except as permitted by these Terms or the relevant Instructor as applicable.

> Udemy hereby grants You (as a User) a limited, non-exclusive, non-transferable license to access and use Submitted Content and Company Content, for which You have paid all required fees, solely for Your personal, non- commercial, educational purposes through the Services, in accordance with these Terms and any conditions or restrictions associated with particular Courses or Services. All other uses are expressly prohibited absent Our express written consent. You may not reproduce, redistribute, transmit, assign, sell, broadcast, rent, share, lend, modify, adapt, edit, create derivative works of, license, or otherwise transfer or use any Submitted Content or Company Content unless We give You explicit permission to do so. Submitted Content and Company Content is licensed, and not sold, to You. Instructors may not grant You license rights to Submitted Content You access or acquire through the Services and any such direct license shall be null and void and a violation of these Terms.

You must, within five (5) business days of the date of this letter, permanently cease and desist from offering Udemy and its Instructors' content on your website (www.freetutorials.us) and any other websites or services you own and/or control. In light of the fact that Free Tutorials is designed and operated solely to distribute Udemy content, we demand that, within five (5) business days of the date of this letter, you sign and certify below that you have permanently disabled access to the entire www.freetutorials.us website. We also demand that you sign and certify below that you will neither distribute or otherwise make available Udemy or its Instructors' content, nor assist anyone else to do the same, in the future on that website, any other site or service, or using any other method of distribution.

You may return this certification to us via email (jake@zwillgen.com) or via the mailing address listed above. If you fail to comply with these demands, Udemy is prepared to pursue appropriate legal

remedies.  By this letter, Udemy does not waive any of its rights or remedies, which are expressly reserved.

Sincerely,

Jake Sommer

Encls.

**CERTIFICATION**

I have read and understand the foregoing.  I swear, under penalty of perjury, that I have permanently disabled access to the entire www.freetutorials.us website and shall no longer distribute content obtained from Udemy on that site, or any other site or using any other distribution method. I represent that I will neither distribute or otherwise make available Udemy or its Instructors' content, nor assist anyone else to offer such content, in the future.

Print Name: _____

Signature: _____

Date: _____

## Zach Lerner

**From:** Zach Lerner
**Sent:** Wednesday, December 6, 2017 5:25 PM
**To:** 'freetutorials.us@gmail.com'
**Subject:** DMCA Notice on behalf of Udemy, Inc.
**Attachments:** DMCANotice_Freetutorials_combined.pdf

To Whom It May Concern:

Please see the attached DMCA Notice.

Best,
Zach Lerner



Zach Lerner | Attorney

1900 M Street NW, Suite 250
Washington, DC 20036
202 706 5230
Bio | Blog | LinkedIn



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

December 6, 2017

*Via email*

Owner/Operator
Free Tutorials
freetutorials.us@gmail.com

Re:     DMCA NOTICE: Unauthorized Use of Udemy Course Content on freetutorials.us

To Whom It May Concern:

I am counsel to Udemy, Inc. ("Udemy") as well as a number of its individual and corporate instructors, Maximilian Schwazmüeller, Academind GmbH, Peter Dalmaris, Futureshock Enterprises Pty. Ltd., Jose Marcial Portilla, and Pierian Data Inc. ("Udemy Instructors").

Pursuant to 17 U.S.C. §512(c)(3)(A) of the Digital Millennium Copyright Act ("DMCA"), this communication serves as a notice of infringement and request for removal of certain web content available on freetutorials.us. Because freetutorials.us neither has a registered DMCA Agent nor provides a physical address on its website, this letter is being sent to freetutorials.us@gmail.com, as requested in your DMCA Policy.

Udemy and the Udemy Instructors are the exclusive copyright owners of content, including the content identified in Exhibit A, attached hereto. I have a good faith belief that the material located on and/or being distributed from freetutorial.us is infringing Udemy and/or the Udemy Instructors' exclusive rights as the copyright holder of these works, among others. Furthermore, I have a good faith belief that the use of this material is not authorized by the copyright owner, its agent, or applicable law. URL(s) identifying the location of the infringing material are included in Exhibit A.

I hereby request that you remove or disable access to the material listed in Exhibit A in as expedient a fashion as possible. This communication does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained.

I certify, under penalty of perjury, that the information contained in this notification is accurate, and that I am an agent authorized to act on behalf of Udemy and the Udemy Instructors. I may be contacted at: 1900 M St. NW, Suite 250, Washington, D.C. 20036., 202-706-5230, or by email at zach@zwillgen.com. Thank you.

Sincerely,

Zach Lerner

Encl.



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

## EXHIBIT A

| Title of Copyrighted Work | Owner(s) of Copyrighted Work | URL of Original Work | URL of Infringing Material |
|---|---|---|---|
| Tech Explorations Raspberry Pi: Full Stack | Peter Dalmaris; Futureshock Enterprises Pty. Ltd.; Udemy | https://www.udemy.com/rpi-full-stack | https://www.freetutorials.us/raspberry-pi-full-stack-1/ |
| Angular Essentials (Angular 2+ with TypeScript) | Academind GmbH; Udemy | https://www.udemy.com/angular-essentials-angular-2-angular-4-with-typescript | https://www.freetutorials.us/angular-essentials-angular-2-angular-4-with-typescript-1/ |
| AWS Serverless APIs & Apps - A Complete Introduction | Academind GmbH; Udemy | https://www.udemy.com/aws-serverless-a-complete-introduction | https://www.freetutorials.us/aws-serverless-apis-apps-a-complete-introduction-2/ |
| Microsoft Power BI - A Complete Introduction | Academind GmbH; Udemy | https://www.udemy.com/powerbi-complete-introduction | https://www.freetutorials.us/microsoft-power-bi-a-complete-introduction-2/ |
| React JS, Angular & Vue JS - Quickstart & Comparison | Academind GmbH; Udemy | https://www.udemy.com/angular-reactjs-vuejs-quickstart-comparison | https://www.freetutorials.us/react-js-vs-angular-vs-vue-js-quickstart-comparison-1/ |
| Accelerated ES6 JavaScript Training | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/es6-bootcamp-next-generation-javascript | https://www.freetutorials.us/accelerated-es6-javascript-training-2/ |
| Accelerated JavaScript Training | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/javascript-bootcamp-2016/ | https://www.freetutorials.us/accelerated-javascript-training-2/ |
| Ionic 2/ Ionic 3 - Build iOS & Android Apps with Angular | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/ionic-2-the-practical-guide-to-building-ios-android-apps/ | https://www.freetutorials.us/ionic-2-ionic-3-practical-guide-to-ios-android-apps-2/ |

| Understanding TypeScript | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/understanding-typescript/ | https://www.freetutorials.us/understanding-typescript-1/ |
|---|---|---|---|
| Vue JS 2 - The Complete Guide (incl. Vue Router & Vuex) | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/vuejs-2-the-complete-guide/ | https://www.freetutorials.us/vue-js-2-the-complete-guide-incl-vue-router-vuex-1/ |
| Complete Guide to TensorFlow for Deep Learning with Python | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/complete-guide-to-tensorflow-for-deep-learning-with-python/ | https://www.freetutorials.us/complete-guide-to-tensorflow-for-deep-learning-with-python |
| Complete Python Bootcamp: Go from zero to hero in Python | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/complete-python-bootcamp | https://www.freetutorials.us/complete-python-bootcamp-go-from-zero-to-hero-in-python-1/ |
| Data Science and Machine Learning Bootcamp with R | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/data-science-and-machine-learning-bootcamp-with-r/ | https://www.freetutorials.us/data-science-and-machine-l earning-bootcamp-with-r-1/ |
| Learning Python for Data Analysis and Visualization | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/learning-python-for-data-analysis-and-visualization | https://www.freetutorials.us/learning-python-for-data-analysis-and-visualization-1/ |
| Python and Django Full Stack Web Developer Bootcamp | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/python-and-django-full-stack-web-developer-bootcamp/ | https://www.freetutorials.us/python-and-django-full-stack-web-developer-bootcamp-1/ |
| Python for Data Science and Machine Learning Bootcamp | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/python-for-data-science-and-machine-learning-bootcamp | https://www.freetutorials.us/python-for-data-science-and-machine-learning-bootcamp-4/ |
| Python for Data Structures, Algorithms, and Interviews! | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/python-for-data-structures-algorithms-and-interviews/ | https://www.freetutorials.us/python-for-data-structures-algorithms-and-interviews/ |

| Python for Financial Analysis and Algorithmic Trading | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/python-for-finance-and-trading-algorithms | https://www.freetutorials.us/python-for-financial-analysis-and-algorithmic-trading-1/ |
|---|---|---|---|
| Scala and Spark for Big Data and Machine Learning | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/scala-and-spark-for-big-data-and-machine-learning/ | https://www.freetutorials.us/scala-and-spark-for-big-data-and-machine-learning/ |
| Spark and Python for Big Data with PySpark | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/spark-and-python-for-big-data-with-pyspark/ | https://www.freetutorials.us/spark-and-python-for-big-data-with-pyspark-2/ |
| The Complete SQL Bootcamp | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/the-complete-sql-bootcamp/ | https://www.freetutorials.us/the-complete-sql-bootcamp/ |
| Zero to Deep Learning with Python and Keras | Jose Marcial Portilla; Pierian Data Inc.; Udemy | https://www.udemy.com/zero-to-deep-learning | https://www.freetutorials.us/zero-to-deep-learning-with-python-and-keras/ |
| The Advanced Web Developer Bootcamp | Colt Steele; Udemy | https://www.udemy.com/the-advanced-web-developer-bootcamp | https://www.freetutorials.us/the-advanced-web-developer-bootcamp/ |
| The Ultimate MySQL Bootcamp: Go from SQL Beginner to Expert | Colt Steele; Udemy | https://www.udemy.com/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert/ | https://www.freetutorials.us/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert-1/ |
| The Web Developer Bootcamp | Colt Steele; Udemy | https://www.udemy.com/the-web-developer-bootcamp/ | https://www.freetutorials.us/the-web-developer-bootcamp-2/ |

## Zach Lerner

| | |
|---|---|
| **From:** | Zach Lerner |
| **Sent:** | Thursday, February 1, 2018 5:29 PM |
| **To:** | 'freetutorials.us@gmail.com' |
| **Subject:** | DMCA Notice on behalf of Udemy, Inc. |
| **Attachments:** | DMCA Notice_Freetutorials_2.1.18.pdf |

To Whom It May Concern:

Please see the attached DMCA Notice.

Best,
Zach Lerner



**Zach Lerner** | Attorney

1900 M Street NW, Suite 250
Washington, DC 20036

202 706 5230

Bio | Blog | LinkedIn



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

February 1, 2018

*Via email*

Owner/Operator
Free Tutorials
freetutorials.us@gmail.com

Re:    DMCA NOTICE: Unauthorized Use of Udemy Course Content on freetutorials.us

To Whom It May Concern:

I am counsel to Udemy, Inc. ("Udemy") as well as a number of its individual and corporate instructors, Maximilian Schwazmüeller, Peter Dalmaris, Futureshock Enterprises Pty. Ltd., and Harrison Colt Steele ("Udemy Instructors").

Pursuant to 17 U.S.C. §512(c)(3)(A) of the Digital Millennium Copyright Act ("DMCA"), this communication serves as a notice of infringement and request for removal of certain web content available on freetutorials.us. Because freetutorials.us neither has a registered DMCA Agent nor provides a physical address on its website, this letter is being sent to freetutorials.us@gmail.com, as requested in your DMCA Policy.

Udemy and the Udemy Instructors are the exclusive copyright owners of content, including the content identified in Exhibit A, attached hereto. I have a good faith belief that the material located on and/or being distributed from freetutorial.us is infringing Udemy and/or the Udemy Instructors' exclusive rights as the copyright holder of these works, among others. Furthermore, I have a good faith belief that the use of this material is not authorized by the copyright owner, its agent, or applicable law. URL(s) identifying the location of the infringing material are included in Exhibit A.

I hereby request that you remove or disable access to the material listed in Exhibit A in as expedient a fashion as possible. This communication does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained.

I certify, under penalty of perjury, that the information contained in this notification is accurate, and that I am an agent authorized to act on behalf of Udemy and the Udemy Instructors. I may be contacted at: 1900 M St. NW, Suite 250, Washington, D.C. 20036., 202-706-5230, or by email at zach@zwillgen.com. Thank you.

Sincerely,

Zach Lerner

Encl.



1900 M Street, NW • Suite 250 • Washington, D.C. 20036
(202) 296-3585

## EXHIBIT A

| Title of Copyrighted Work | Owner(s) of Copyrighted Work | URL of Original Work | URL of Infringing Material |
|---|---|---|---|
| Tech Explorations™ Arduino Step by Step Your complete guide | Peter Dalmaris; Futureshock Enterprises Pty. Ltd.; Udemy | https://www.udemy.com/arduino-sbs/ | https://www.freetutorials.us/tech-explorations-arduino-step-by-step-your-complete-guide/ |
| Angular 5 (formerly Angular 2) - The Complete Guide | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/the-complete-guide-to-angular-2/ | https://www.freetutorials.us/angular-4-formerly-angular-2-the-complete-guide-2-23/ |
| React Native - The Practical Guide | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/react-native-the-practical-guide/ | https://www.freetutorials.us/react-native-the-practical-guide/ |
| React 16 - The Complete Guide (incl. React Router 4 & Redux) | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/react-the-complete-guide-incl-redux/ | https://www.freetutorials.us/react-16-the-complete-guide-incl-react-router-4-redux/ |
| U Progressive Web Apps (PWA) - The Complete Guide | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/progressive-web-app-pwa-the-complete-guide/ | https://www.freetutorials.us/progressive-web-apps-pwa-the-complete-guide-1/ |
| Angular Styling & Animations (for Angular 2+) | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/angular-styling-animations-for-angular-2-and-angular-4/ | https://www.freetutorials.us/angular-styling-animations-for-angular-2-and-angular-4-2/ |
| Angular (Angular 2+) & NodeJS - The MEAN Stack Guide | Maximilian Schwarzmüller; Udemy | https://www.udemy.com/angular-2-and-nodejs-the-practical-guide/ | https://www.freetutorials.us/angular-angular-2-or-4-nodejs-the-mean-stack-guide-2/ |

| The Ultimate MySQL Bootcamp: Go from SQL Beginner to Expert | Harrison Colt Steele; Udemy | https://www.udemy.com/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert/ | https://www.freetutorials.us/the-ultimate-mysql-bootcamp-go-from-sql-beginner-to-expert-1/ |
|---|---|---|---|
| The Advanced Web Developer Bootcamp | Harrison Colt Steele; Udemy | https://www.udemy.com/the-advanced-web-developer-bootcamp/ | https://www.freetutorials.us/the-advanced-web-developer-bootcamp/ |
| The Web Developer Bootcamp | Harrison Colt Steele; Udemy | https://www.udemy.com/the-web-developer-bootcamp/ | https://www.freetutorials.us/the-web-developer-bootcamp-2/ |

# EXHIBIT I

---

---



**REDESIGNED. REINVENTED.**

| Home | COURSES ⌄ | Request Course ⌄ | Contact Us ⌄ | FORUM | FREECOURS |

Mitel

**Mitel Flex**

Large Business Phone Systems

MiCloud Flex de
level of perform
and security.

# TERMS OF USE

**1. BINDING EFFECT.** This is a binding agreement between you and FreeTutorials.Us (us, we, Non-Profit Organization). By using the Internet site located at https://www.freetutorials.eu/ (the Site), you agree to abide by these Terms of Use. If at any time you find these Terms of Use unacceptable, you must immediately leave the Site and cease all use of it.

**2. PRIVACY POLICY.** We respect your privacy and permit you to control the treatment of your personal information. A complete statement of our current privacy policy can be found by clicking here. Our privacy policy is expressly incorporated into this Agreement by this reference.

**3. GOVERNING LAW.** These Terms of Use shall be construed in accordance with and governed by the laws of California and the United States, without reference to rules regarding conflicts of law. This Site intended for use by individuals based in the United States of America.

**4. MINIMUM AGE.** You must be at least 18 years old to access and participate on this site. You guaran and warrant you are at least 18 years old and are able to enter into this Agreement from a legal perspective.

**5. EBOOK SIGNUPS AND MAILINGS.** You have the option, but not obligation, to sign up and receive a f eBook from us. Should you do so, you are agreeing to receive further emailings from us of a commerci nature.

**6. EMAIL COMMUNICATIONS.** When you contact us, you expressly consent and agree to receive emai responses from us. These email communications may be commercial or non-commercial in nature. No commercial emails may include, but are not limited to, administrative issues and announcements of changes to these Terms, the Privacy Policy or other site documentation.

**7. USE OF SOFTWARE.** We may make certain software available to you from the Site. If you download software from the Site, the software, including all files and images contained in or generated by the software, and accompanying data (collectively, Software) are deemed to be licensed to you by us, for y personal, noncommercial, home use only. We does not transfer either the title or the intellectual proper rights to the Software, and We retains full and complete title to the Software as well as all intellectual

property rights therein. You may not sell, redistribute, or reproduce the Software, nor may you decompile, reverse-engineer, disassemble, or otherwise convert the Software to a human-perceivable form. All trademarks and logos are owned by Company or its licensors and you may not copy or use them in any manner.

**8. COMPLIANCE WITH INTELLECTUAL PROPERTY LAWS.** When accessing the site, you agree to respect the intellectual property rights of others. Your use of the site is at all times governed by and subject to laws regarding copyright ownership and use of intellectual property. You agree not to upload, download, display, perform, transmit, or otherwise distribute any information or content (collectively, Content) in violation of any third party's copyrights, trademarks, or other intellectual property or proprietary rights. You agree to abide by laws regarding copyright ownership and use of intellectual property, and you shall be solely responsible for any violations of any relevant laws and for any infringements of third party rights caused by any Content you provide or transmit, or that is provided or transmitted using your User ID. The burden of proving that any Content does not violate any laws or third party rights rests solely with you. Digital Millennium Copyright Act matters are processed pursuant to our DMCA Policy, which you may access via the DMCA link at the bottom of the page.

**9. INAPPROPRIATE CONTENT.** You agree not to upload, download, display, perform, transmit, or otherwise distribute any Content that (a) is libelous, defamatory, obscene, pornographic, abusive, or threatening; (b) advocates or encourages conduct that could constitute a criminal offense, give rise to civil liability, or otherwise violate any applicable local, state, national, or foreign law or regulation; (c) advertises or otherwise solicits funds or is a solicitation for goods or services; or (d) provides medical advice to other users. We reserve the right to terminate your receipt, transmission, or other distribution of any such material using the site, and, if applicable, to delete any such material from its servers. We intends to cooperate fully with any law enforcement officials or agencies in the investigation of any violation of these Terms or of any applicable laws.

**10. COMPLIANCE WITH INTELLECTUAL PROPERTY LAWS.** When accessing the Site, you agree to obey the law and to respect the intellectual property rights of others. Your use of the Site is at all times governed by and subject to laws regarding copyright ownership and use of intellectual property. You agree not to upload, download, display, perform, transmit, or otherwise distribute any information or content (collectively, Content) in violation of any third party's copyrights, trademarks, or other intellectual property or proprietary rights. You agree to abide by laws regarding copyright ownership and use of intellectual property, and you shall be solely responsible for any violations of any relevant laws and for any infringements of third party rights caused by any Content you provide or transmit, or that is provided or transmitted using your account. The burden of proving that any Content does not violate any laws or third party rights rests solely with you.

**11. NO WARRANTIES.** WE HEREBY DISCLAIM ALL WARRANTIES. WE ARE MAKING THE SITE AVAILABLE AS IS WITHOUT WARRANTY OF ANY KIND. YOU ASSUME THE RISK OF ANY AND ALL DAMAGE OR LOSS FROM USE OF, OR INABILITY TO USE, THE SITE OR THE SERVICE. TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE SITE, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. WE DO NOT WARRANT THAT THE SITE OR THE SERVICE WILL MEET YOUR REQUIREMENTS OR THAT THE OPERATION OF THE SITE OR THE SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE.

**12. LIMITED LIABILITY.** OUR LIABILITY TO YOU IS LIMITED. TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL WE BE LIABLE FOR DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, LOST PROFITS, OR LOST DATA, REGARDLESS OF THE FORESEEABILITY OF THOSE DAMAGES) ARISING OUT OF OR IN CONNECTION WITH YOUR USE OF THE SITE OR ANY OTHER MATERIALS OR SERVICES PROVIDED TO YOU BY US. TH

limitation shall apply regardless of whether the damages arise out of breach of contract, tort, or any ot
legal theory or form of action.

**13. AFFILIATED SITES.** We have no control over and no liability for any third party websites or material
We work with a number of partners whose Internet sites may be linked with the Site. Because we have
control over the content and performance of these partner and affiliate sites, we make no guarantees
about the accuracy, currency, content, or quality of the information provided by such sites, and we
assume no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful content tha
may reside on those sites. Similarly, from time to time in connection with your use of the Site, you may
have access to content items (including, but not limited to, websites) that are owned by third parties. Y
acknowledge and agree that we make no guarantees about, and assumes no responsibility for, the
accuracy, currency, content, or quality of this third party content, and that, unless expressly provided
otherwise, these Terms of Use shall govern your use of any and all third party content.

**14. PROHIBITED USES.** We impose certain restrictions on your permissible use of the Site. You are
prohibited from violating or attempting to violate any security features of the Site, including, without
limitation, (a) accessing content or data not intended for you, or logging onto a server or account that y
are not authorized to access; (b) attempting to probe, scan, or test the vulnerability of the Site, or any
associated system or network, or to breach security or authentication measures without proper
authorization; (c) interfering or attempting to interfere with service to any user, host, or network, includ
without limitation, by means of submitting a virus to the Site, overloading, flooding, spamming, mail
bombing, crashing or instituting a DDOS attack on the Site; (d) using the Site to send unsolicited e-mai
including, without limitation, promotions, or advertisements for products or services; (e) forging any
TCP/IP packet header or any part of the header information in any e-mail or in any posting using the Si
or (f) attempting to modify, reverse-engineer, decompile, disassemble, or otherwise reduce or attempt
reduce to a human-perceivable form any of the source code used by us in providing the Site. Any violat
of system or network security may subject you to civil and/or criminal liability.

**15. INDEMNITY.** You agree to indemnify us for certain of your acts and omissions. You agree to
indemnify, defend, and hold harmless us, its affiliates, officers, directors, employees, consultants, agen
and representatives from any and all third party claims, losses, liability, damages, and/or costs (includi
reasonable attorney fees and costs) arising from your access to or use of the Site, your violation of the
Terms of Use, or your infringement, or infringement by any other user of your account, of any intellectu
property or other right of any person or entity. We will notify you promptly of any such claim, loss, liabil
or demand, and will provide you with reasonable assistance, at your expense, in defending any such
claim, loss, liability, damage, or cost.

**16. COPYRIGHT.** All contents of Site or Service are: Copyright © 2018 FreeTutorials.Us

**17. SEVERABILITY; WAIVER.** If, for whatever reason, a court of competent jurisdiction finds any term o
condition in these Terms of Use to be unenforceable, all other terms and conditions will remain
unaffected and in full force and effect. No waiver of any breach of any provision of these Terms of Use
shall constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other
provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized
representative of the waiving party.

**18. NO LICENSE.** Nothing contained on the Site should be understood as granting you a license to use
any of the trademarks, service marks, or logos owned by us or by any third party.

**19. UNITED STATES USE ONLY.** The Site is controlled and operated by Non-Profit Organization from its
offices in the State of California. The domain of the website is registered in the United States and the S
is hosted in the United States. The intended audience for this site consists of individuals in the United

States only. We makes no representation that any of the materials or the services to which you have be
given access are available or appropriate for use in other locations. Your use of or access to the Site
should not be construed as ours purposefully availing itself of the benefits or privilege of doing busine
in any state or jurisdiction other than California and the United States.

**20. AMENDMENTS.** We reserves the right to amend these Terms. Should we seek to make such an
amendment, which we determine is material in our sole discretion, we shall:

(a) Provide you notice by email of said change 15 days prior to the change going into force, and
(b) Publish on the home page the fact an amendment will be made.

Should a court of competent jurisdiction rule this Amendment provision invalid, then this Amendment
clause shall be terminated as part of this agreement. All amendments to the Terms shall be forward
looking.



Terms of Use | Free Tutorials

FreeTutorials.Eu © 2018 All Rights Reserved.